IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| FIDLAR TECHNOLOGIES,<br><br>*Plaintiff*,<br><br>v.<br><br>LPS REAL ESTATE DATA SOLUTIONS, INC.,<br><br>*Defendant*. | Case No. 4:13-cv-4021<br>Judge Sara Darrow<br>Magistrate Judge Jonathan E. Hawley |

LPS REAL ESTATE DATA SOLUTIONS,
INC.,

                         *Counter-Claimant*,

     v.

FIDLAR TECHNOLOGIES,

                         *Counter-Defendant*.

## JOINT STIPULATION OF DISMISSAL OF CERTAIN CLAIMS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, by their respective counsel, hereby stipulate to the dismissal with prejudice of Count I (Declaratory Judgment and Request for Injunctive Relief), Count II (Tortious Interference with Contract) and Count III (Tortious Interference with Business Expectancy) of LPS Real Estate Data Solutions, Inc.'s Amended Counterclaim for Declaratory, Injunctive, and Monetary Relief [DE 19].

I/3753224.1

Respectfully submitted,

| | |
|---|---|
| ICE MILLER LLP | J.R. WILLIAMS LAW LLC |
| *s/* Thomas E. Mixdorf_____ | *s/* Jason R. Williams (with consent)_____ |
| Thomas E. Mixdorf | Jason R. Williams |
| Derek R. Molter | Danessa P. Watkins |
| Stephen E. Reynolds | 205 North Michigan, Suite 2600 |
| One American Square, Suite 2900 | Chicago, IL 60601 |
| Indianapolis, IN  46282-0200 | |
| (317) 236-2100 | *Attorneys for Plaintiff Fidlar Technologies* |
| Thomas.Mixdorf@icemiller.com | |
| Derek.Molter@icemiller.com | |
| Stephen.Reynolds@icemiller.com | |
| | |
| *Attorneys for Defendant LPS Real Estate Data Solutions, Inc.* | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 15, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                                        s/ Thomas E. Mixdorf_____
                                                        Thomas E. Mixdorf