**DUPLICATE**

# FARIBAULT COUNTY RECORDER
# ON-LINE ACCESS AGREEMENT

THIS AGREEMENT, by and between the County of Faribault, Minnesota, a municipal corporation, by and through the Faribault County Recorder; hereafter collectively referred to as "Recorder" and, LPS Real Estate Data Solutions, Inc. (aka LPS) 3100 New York Drive, Suite 100 IDM, Pasadena, CA 91107 _____ (name and address) herein after referred to as "User".

WITNESSETH:

WHEREAS, County maintains information within the County Recorder's Office which is of assistance to various entities and individuals; and,

WHEREAS, User desires to access information pertaining to real property for its own use at a price sufficient to permit Recorder to recover its costs of labor and material as well as depreciation of in house resources; and

WHEREAS, user understands that changes and adjustments are made in the official records from time to time which may be in process at any given time and the information received by User will be subject to such changes and adjustments.

NOW THEREFORE, in consideration of the mutual undertakings and agreements contained herein, the Recorder and User hereby agree as follows:

<u>Scope of Services</u>
Recorder agrees to provide User access to certain public information contained within computer files of Faribault County as indicated below:
    a. Real Estate Grantor/Grantee Indexes-January 1, 1995 to date through the Laredo software program.
    b. Real Estate Tract Index-January 1, 1995 to date through the Laredo software program.
    c. Real Estate Document Images-September 15, 2003 to date through the Laredo software program.

The obligation to provide such access is subject at all times to the obligation of Recorder to fulfill her statutory duties. Recorder obligations and User rights under this agreement are secondary to the statutory duties of the Recorder.

Service will be provided to User, on a non-guaranteed basis seven days per week (Sunday through Saturday), twenty-four (24) hours per day, excluding scheduled maintenance as designated from time to time by the Recorder or by the Fidlar Companies Inc.

Recorder reserves the right to add additional databases, and to offer them to User at the sole discretion of Recorder. User access to any additional information shall be evidenced by a new writing that shall be incorporated into the Agreement and made a part hereof.

the information for User purposes, or that use of the program or information will be without defect. (No consultations or advice is provided with records accessed.)

Recorder does not warrant or guarantee the performance of the main computer system, the telephone lines, or any equipment in connection or in association with either or both of the foregoing. Recorder shall have no obligation or liability whatsoever concerning any aspect of the telephone lines, including, without limitation, the installation, de-installation, repair, operation, malfunctioning, maintenance, implication or circumstances regarding injury to personal property and/or signal/data transmission quality or deficiencies.

This agreement shall not be construed to impose any penalty, obligation or loss on the Recorder for its failure to transmit a copy of any particular document, unless through willfulness, and USER shall indemnify, defend and hold harmless Faribault County, its boards, commissions, agencies, officers, employees and representatives against any and all liability, loss, damages, costs or expenses which USER, its officers, employees, agencies, boards, commissions and representatives may sustain, incur or be required to pay by reason of Faribault County failing to transmit a copy of any document required to be provided under this agreement.

User agrees that it shall not reproduce, market or in any way re-use such program information as independent "stand-alone" information without the express written consent of Recorder. User shall not acquire any proprietary rights to such computer program information.

<u>Consequential, Incidental, Special or Indirect Damages</u>
In no event will Recorder be liable to User or anyone else for any consequential, incidental, special or indirect damages including, but not limited to, monetary losses incurred from inconvenience, delay or loss of the use of the service.

It is agreed that nothing contained in this Agreement is intended or should be construed as creating the relationship of co-partner, joint ventures, or an association with the Recorder and User. Neither User, nor its employees, agents, subcontractors or representatives shall be considered employees, agents or representatives of Recorder.

<u>Inability to Access Data</u>
User agrees Recorder shall not be liable for any delay or inability to access the computer data directly or indirectly, caused by or resulting from strikes, labor troubles, accidents, fire, flood, breakdowns, war, riot, civil commotion, lack of material, delays of transportation, acts of God or other causes beyond reasonable control of User and Recorder.

<u>Data Practices</u>
Recorder provides data to User for the public benefit as defined in Minn. Stat. 13.85. Recorder and User and their agents and employees agree to abide by the revision of the

User Responsibilities

User will pay quarterly fee in advance. Quarterly statements will be billed, with payments due the by 10th of the month following each billing cycle. If payment is not timely received by Recorder, service will be terminated to User. Checks will be made payable to the Faribault County Recorder, and sent to: P.O. Box 130, Blue Earth, MN 56013.

User agrees to keep User password confidential. User shall notify Recorder immediately of any loss, theft, or unauthorized use of User Password. A password may be changed and coordinated through Recorder.

User shall not in any way enhance, or alter public records accessed, or attempt to do so, or disclose any confidential information contained therein.

Consideration and Terms of Payment
In consideration for Recorder providing User with direct access to Laredo as indicated within this agreement, User shall pay to Recorder the fee for access, please choose level:
___ 0-250 minutes     $50 per month and $.20 per minute overage
___ 251-1000 minutes    $100 per month and $.15 per minute overage
___ 1001-3000 minutes   $200 per month and $.12 per minute overage
___ 3091-6000 minutes   $300 per month and $.10 per minute overage
✓ Unlimited Access     $500 per month

An additional fee of $.35 per document page printed will be assessed to the above.

Only one person can use the password at a time. This agreement is for only one password. If multiple passwords are needed a separate agreement is needed for each password. Upon receipt of initial payment, User will be given a password.

Effective Date of Agreement
This agreement shall be effective upon the signature date of both parties until terminated by one or both parties.

Terms of Agreement
If during the term of this agreement, the Faribault County Board of Commissioners fails to appropriate sufficient funds to carry out Recorder obligations under this agreement, this agreement shall be automatically terminated as of the date funds are no longer available and without further notice of any kind to User.

Limitation
The index is not construed to be true and complete, rather it is a working copy subject to error, omission and future modification.

Recorder does not warrant the correctness or validity of the computer records. Additionally, there are no warranties, guarantees or representations as to the suitability of

LPS 000226

Minnesota Government Data Practices Act, Minnesota Statutes Chapter 13, as amended, and Minnesota Rules promulgated pursuant to Chapter 13.

Subcontractors or Assignments
User shall not subcontract any computer data access rights of User made available under this Agreement, nor assign the Agreement without the prior written approval of Recorder. This agreement shall not be construed to either authorize or prevent the User from making duplicates or copies of any material received pursuant to this agreement and any such copies or duplicates so made by User shall be at User's risk and expense and EXCLUSIVELY for User's sole use. User may NOT wholesale or retail copies of any materials received nor provide them free of charge to any person, firm, company, association, corporation, business, partnership or any other individual or entity of any nature whatsoever.

Controlling Law
This Agreement is to be governed by the laws of the State of Minnesota.

Successors and Assigns
Recorder and User, respectively, bind themselves, their partners, successors, assigns, and legal representatives the other party to the Agreement and to the partners, successors, assigns,

Separability
In the event any provision of the Agreement shall be held invalid and unenforceable, the remaining provisions shall be valid and binding upon the parties unless such invalidity or non-enforceability would cause the Agreement to fail its purpose. One or more waivers by either party of any provision, term, condition or covenant shall not be construed by the other party as a waiver of a subsequent breach of the same by the other party.

Entire Agreement
It is understood and agreed that the entire agreement of the parties is contained herein and that this Agreement supersedes all oral agreements and negotiations between Recorder and User relating to the Laredo software program.

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed intending to be bound thereby.

User Name LPS Real Estate Data Solutions, Inc. (aka LPS)

By _____ Date 2/01/2012
Michael Hall, Director of Data Acquisition

Sheryl Asmus, Faribault County Recorder

By _____ Date 2/7/2012

LPS 000227

**AUDRAIN COUNTY RECORDER OF DEEDS**
**JANIS A. DEIMEKE**
Audrain County Courthouse
101 N. Jefferson, Rm 105
Mexico, MO 65265
Phone: 573-473-5830
Fax: 573-581-8087

**LAREDO AGREEMENT**
Regarding Sale of On-Line Access to Real Estate Records

1. The Audrain County Recorder of Deeds agrees to furnish on-line access to real estate records in her office. The document image and index of record is available beginning June 1, 1988, however, we are currently back indexing, as time allows thus making available earlier information. Documents are recorded on the date presented, but documents sent in the mail may take several days to reach our office.

2. The index is not construed to be true and complete; rather it is a working index subject to error, omissions and future modification.

3. The Customer agrees to refrain from selling copies of this database or images to third parties. If copies of images are given out, the customer agrees to explain either verbally or in writing the source of the document copied.

4. The minimum monthly fee is $75.00 per password, which pays for the first 250 minutes of on-line time. The minimum $75.00 is to be paid whether or not the full 250 minutes are used, with no roll over minutes. This monthly payment is due on or before the first of each month for that month's services. If the customer fails to pay for the monthly on-line services by the 5th day of the month, a $50 surcharge will be assessed for that month and service will be discontinued until the surcharge and monthly payment are made.

5. The Customer may increase/decrease his monthly minutes by sending a written request and appropriate monthly payment prior to the start of the next month.

6. Either party may terminate this Agreement, with or without cause, by giving thirty days written notice to the other party.

LPS 000267

The Customer will need to select from the following plans, which remote plan they would like to subscribe to. A user name and password will need to be set up with the Recorder's office in order to establish Laredo access.

| | Plan | | |
|---|---|---|---|
| _____ | Plan A: 0 – 250 Minutes | $75.00/month | .25 per minute* |
| _____ | Plan B: 251-500 Minutes | $125.00/month | .23 per minute* |
| _____ | Plan C: 501-1000 Minutes | $195.00/month | .18 per minute* |
| _____ | Plan D: 1001-2000 Minutes | $295.00/month | .15 per minute* |
| X | Plan E: Unlimited | $400.00/month | |

*per minute charge for each minute over the sign-up plan.

Cost of print copies are .50 per page

Signed _[signature]_ Date 11-20-2012
Erick Marroquin, Director Property Data Production

Signed _____ Date _____
(Recorder of Deeds)

Name of contact person: John McCabe
Address: 3100 New York Drive, Suite 100, Pasadena, CA 91107
Phone: 626-345-2340
E-mail address: john.mccabe@lpsvcs.com
User name: LPSAudrain
Password: Lps112012

LPS 000268

## Monroe County MO Subscriber Information

Name: John McCabe

Title: Manager

Name of Company: LPS Real Estate Data Solutions, Inc.

Street Address: 3100 New York Drive, Suite 100 IDM

City, State, Zip Code: Pasadena, CA 91107

Phone: 626-348-2340

Email Address: john.mccabe@lpsvcs.com

Date: 1-20-12

Signature: [signed]

**Per-Minute Plan Charges**

| Plan | Price | County Charge to Subscriber Overage Charge** |
|---|---|---|
| A. 0-250 minutes | $75/mo | $.25 per minute |
| B. 251-500 minutes | $125/mo | $.23 per minute |
| C. 501-1000 minutes | $195/mo | $.18 per minute |
| D. 1001-2000 minutes | $295/mo | $.15 per minute |
| (E.) Unlimited Minutes | $400/mo | |

* Remote print fees - $.50 per page
** Per minute charge for each minute over the signed-up plan.

Plan  A___ B___ C___ D___ (E)___ F___
              Choose One

Username: lpsmonroe
Password: lps012012

LPS 000305

OFFICE OF
# BAYFIELD COUNTY REGISTER OF DEEDS
PATRICIA A. OLSON
Registrar
polson@bayfieldcounty.org
117 East 5th Street – Courthouse
P.O. Box 813 – Washburn, WI 54891
715-373-6119

Denise Tarasewicz
Chief Deputy
dtarasewicz@bayfieldcounty.org

Amy Mainguth
Recording Clerk
amainguth@bayfieldcounty.org

## ADDENDUM TO INTERNET ACCESS AGREEMENT
## WITH BAYFIELD COUNTY REGISTER OF DEEDS

### PER MINUTE PLAN CHARGES

Please select the plan you desire and sign and date.

| PLAN*
Minutes per month | COUNTY CHARGE TO USER | OVERAGE CHARGE** |
|---|---|---|
| A. 0-250 | $75/month | $.25 per minute |
| B. 251-500 | $125/month | $.23 per minute |
| C. 501-1000 | $195/month | $.18 per minute |
| D. 1001-2000 | $295/month | $.15 per minute |
| E. 2001- and up | $400/month | |

ALL PLANS ARE SUBJECT TO AN ADDITIONAL IMAGE FEE OF $.50 PER PRINTED PAGE

*Sign up for minimum of one calendar quarter (3 months).

Plans may be changed before the 10th day of the first month of each calendar quarter.

**Per minute charge for each minute over the plan that was originally selected
(This charge will be waived the first month to allow practice time.)

I choose PLAN __E__    Select A B C D (E)

NAME (please print) __Michael Hall, Director of Data Acquisition__

SIGNATURE _____

COMPANY __LPS Real Estate Data Solutions, Inc.__

CONTACT PERSON __Patrice Emerson__

Phone number (626) 345-3774

DATE __1/26/2012__

Mail or bring to:
Pat Olson, Bayfield County Register of Deeds
PO Box 813
Washburn, WI 54891            Make check payable to: Bayfield County Register of Deeds

LPS 000323