

# Vanderburgh County Indiana Recorder
## Five Year Land Records Life Cycle Extension

This Extension is made this ___ day of October, 2012 between the Vanderburgh County, Indiana Recorder and Fidlar Technologies ("Fidlar"). Vanderburgh County and Fidlar hereby agree that the Automated Social Security Number Redaction Implementation Land Records LifeCycle Extension signed June 4th of 2007 between Vanderburgh County and Fidlar (the "Agreement") is hereby extended for a 5 year period commencing on January 1st, 2013 and terminating on January 1st, 2018. Except as amended by this extension, the terms and conditions of the Agreement, which are incorporated herein and made a part hereof, shall continue in full force and effect during the 3 year term of this Extension.

| Product\Service Description | Annual Cost |
|---|---|
| *iDocument XF \ AVID* | Year 1 - $117,265.00<br>Year 2 - $117,265.00<br>Year 3 - $117,265.00<br>Year 4 - $117,265.00<br>Year 5 - $117,265.00 |
| Receipting (cashiering) | Included |
| Indexing | Included |
| *eIndexing Functionality (OCR)* | Included |
| SSN Redaction Batch Processing | Included |
| Manual Interface | Included |
| Automated Verification Functionality | Included |
| *iScan - Scanning Module* | Included |
| Magnetic Image Management | Included |
| *eRecording Catcher* | Included |
| *FC Customs - Import\Export Data* | Included |
| *Property Fraud Alert Service* | Included |
| *Information Replication Service* | Included |
| *Monarch Secure Date\Image Transfer* | Included |
| *Laredo & Tapestry (See Schedule D for remote access)* | *No Change to Current Plan* |
| Implementation Services | Included |
| Project Management | Included |
| Workflow Analysis | Included |
| Installation/Configuration | Included |
| Data Conversion | Included |
| Comprehensive Training | Included |
| Internal | Included |
| Public | Included |
| *Recommended Hardware Specifications* | Not Included |
| *Annual CountyCare Support* | Included |
| 1-800 Support | Included |
| System Upgrades | Included |
| Training on New features & Functionality | Included |
| State Mandated or Regulatory Updates | Included |



**5 YEAR PAYMENT MILESTONES AND DATES:**
LifeCycle Payments would continue to be invoiced on same schedule for the next 5 years:

2013 - $117,265.00
2014 -$117,265.00
2015 - $117,265.00
2016 - $117,265.00
2017 - $117,265.00

## FIDLAR TECHNOLOGIES LIFE CYCLE SERVICE INCLUDES:

- ♦ The use of our iDocument XF software product during the life of this contract
- ♦ The use of any future software product Fidlar may develop to replace iDocument XF for the purpose of recording land records documents (AVID).
- ♦ Project management, installation, conversion (excluding any needed or requested data clean-up), and training needed for the initial installation of any future Fidlar Technologies product developed to replace iDocument XF for the purpose of recording land records documents.
- ♦ The use of new add-on modules Fidlar may develop and offer to the market for the purpose of recording land records documents.
- ♦ CountyCare® software maintenance

## FIDLAR TECHNOLOGIES LIFE CYCLE SERVICE DOES NOT INCLUDE:

- ♦ The 3rd party software and hardware to operate iDocument XF, any related modules, or any future Fidlar developed product for the purpose of recording land records documents.
- ♦ The installation, maintenance, or support of 3rd party software and hardware now or in the future.
- ♦ Any current or future Fidlar developed software product or service not designed or offered to the market for the purpose of recording land records documents.
- ♦ Any form of ownership or perpetual license to Fidlar developed software products.
- ♦ Any custom development for special requests from client
- ♦ Any needed or requested training except as stated in the above section.
- ♦ Use of Fidlar developed remote access products except as outlined in Schedule D of this contract.
- ♦ Explicit omission of any add-on modules not included in this contract.

BUYER REPRESENTS THAT THIS LIFECYCLE EXTENSION HAS BEEN READ AND ACCEPTED:

VANDERBRUGH COUNTY INDIANA RECORDER          FIDLAR TECHNOLOGIES

Dated: *Marsha Abell* ¹⁰/₁₆/₂₀₁₂          Dated: 10/22/2012

By: Marsha Abell          By:

Title: President Vanderburgh          Title: President
County Commissioners

VANDERBRUGH COUNTY, IN RECORDER          2



# Vanderburgh County Indiana Recorder
## Five Year Land Records Life Cycle Extension

This Extension is made this ___ day of October, 2012 between the Vanderburgh County, Indiana Recorder and Fidlar Technologies ("Fidlar"). Vanderburgh County and Fidlar hereby agree that the Automated Social Security Number Redaction Implementation Land Records LifeCycle Extension signed June 4th of 2007 between Vanderburgh County and Fidlar (the "Agreement") is hereby extended for a 5 year period commencing on January 1st, 2013 and terminating on January 1st, 2018. Except as amended by this extension, the terms and conditions of the Agreement, which are incorporated herein and made a part hereof, shall continue in full force and effect during the 3 year term of this Extension.

| Product\Service Description | Annual Cost |
| --- | --- |
| *iDocument XF \ AVID* | *Year 1 - $117,265.00*<br>*Year 2 - $117,265.00*<br>*Year 3 - $117,265.00*<br>*Year 4 - $117,265.00*<br>*Year 5 - $117,265.00* |
| Receipting (cashiering) | Included |
| Indexing | Included |
| *eIndexing Functionality (OCR)* | Included |
| SSN Redaction Batch Processing | Included |
| Manual Interface | Included |
| Automated Verification Functionality | Included |
| *iScan - Scanning Module* | Included |
| Magnetic Image Management | Included |
| *eRecording Catcher* | Included |
| *FC Customs - Import\Export Data* | Included |
| *Property Fraud Alert Service* | Included |
| *Information Replication Service* | Included |
| *Monarch Secure Date\Image Transfer* | Included |
| *Laredo & Tapestry (See Schedule D for remote access)* | No Change to Current Plan |
| Implementation Services | Included |
| Project Management | Included |
| Workflow Analysis | Included |
| Installation/Configuration | Included |
| Data Conversion | Included |
| Comprehensive Training | Included |
| Internal | Included |
| Public | Included |
| *Recommended Hardware Specifications* | Not Included |
| *Annual CountyCare Support* | Included |
| 1-800 Support | Included |
| System Upgrades | Included |
| Training on New features & Functionality | Included |
| State Mandated or Regulatory Updates | Included |



**5 YEAR PAYMENT MILESTONES AND DATES:**
LifeCycle Payments would continue to be invoiced on same schedule for the next 5 years:

2013 - $117,265.00
2014 - $117,265.00
2015 - $117,265.00
2016 - $117,265.00
2017 - $117,265.00

## FIDLAR TECHNOLOGIES LIFE CYCLE SERVICE INCLUDES:

- The use of our iDocument XF software product during the life of this contract
- The use of any future software product Fidlar may develop to replace iDocument XF for the purpose of recording land records documents (AVID).
- Project management, installation, conversion (excluding any needed or requested data clean-up), and training needed for the initial installation of any future Fidlar Technologies product developed to replace iDocument XF for the purpose of recording land records documents.
- The use of new add-on modules Fidlar may develop and offer to the market for the purpose of recording land records documents.
- CountyCare© software maintenance

## FIDLAR TECHNOLOGIES LIFE CYCLE SERVICE DOES NOT INCLUDE:

- The 3rd party software and hardware to operate iDocument XF, any related modules, or any future Fidlar developed product for the purpose of recording land records documents.
- The installation, maintenance, or support of 3rd party software and hardware now or in the future.
- Any current or future Fidlar developed software product or service not designed or offered to the market for the purpose of recording land records documents.
- Any form of ownership or perpetual license to Fidlar developed software products.
- Any custom development for special requests from client
- Any needed or requested training except as stated in the above section.
- Use of Fidlar developed remote access products except as outlined in Schedule D of this contract.
- Explicit omission of any add-on modules not included in this contract.

BUYER REPRESENTS THAT THIS LIFECYCLE EXTENSION HAS BEEN READ AND ACCEPTED:

VANDERBRUGH COUNTY INDIANA RECORDER

Dated: _Marsha Abell_ 10/16/2012

By: _Marsha Abell_

Title: _President Vanderburgh County Commissioners_

FIDLAR TECHNOLOGIES

Dated: _10/22/2012_

By: _____

Title: _President_

VANDERBRUGH COUNTY, IN RECORDER

2

07-3100



# Vanderburgh County Recorder

## Automated Social Security Number Redaction Implementation Five Year Land Records Life Cycle Extension

This document extends for five years, the Software License Agreement between the Vanderburgh County Recorders Office and Fidlar Software.

| Fidlar Software Product & Service Description | $113,000.00 \ Year |
|---|---|
| **iDocument XF** | |
| Receipting (cashiering) | Included |
| Indexing | Included |
| **eIndexing (OCR)** | |
| Automated and Manual SSN Redaction | Included |
| Batch Processing of Images for SSN Redaction | Included |
| Instant Verification \ Drag and Drop Functionality | Included |
| **Electronic Recording Functionality (xPedite)** | |
| Model 2 & Model 3 | Included |
| **iScan** | |
| Magnetic Image Management Software | Included |
| **FC Customs** | |
| Import & Export of Image and Index Data | Included |
| **Remote Access Products (See Schedule D)** | |
| Laredo (Subscription Based Access) | Included |
| Tapestry (Credit Card \ Per Instance Access) | Included |
| Internal Courthouse Users (outside of Recorders office) | No Change to Current Pricing Plan |
| **Information Replication** | Included |
| External users will access this data - also used for disaster recovery purposes | Included |
| External Courthouse Use (See Schedule D) | End-User Subscription |
| **Professional Services** | Included |
| Project Management | Included |
| Workflow Analysis | Included |
| Installation/Configuration | Included |
| Data Conversion | Included |
| Comprehensive Training | Included |
| Internal | Included |
| Public | Included |
| **Annual CountyCare Support** | Included |
| 1-800 Support | Included |



| | |
|---|---|
| System Upgrades | Included |
| Training on New features & Functionality | Included |
| State Mandated or Regulatory Updates | Included |
| | |
| New Land Records Products & Functionality | Included |
| All Required Services\Conversion\Training\Install | Included |
| | |

## PAYMENT MILESTONES AND DATES:

This Life Cycle contract covers a period of 5 years.

January 1, 2009 - $113,000.00
January 1, 2010 - $113,000.00
January 1, 2011 - $113,000.00
January 1, 2012 - $113,000.00
January 1, 2013 - $113,000.00

## FIDLAR SOFTWARE LIFE CYCLE SERVICE INCLUDES:

♦ The use of our iDocument XF software product during the life of this contract
♦ The use of any future software product Fidlar may develop to replace iDocument XF for the purpose of recording land records documents.
♦ Project management, installation, conversion (excluding any needed or requested data clean-up), and training needed for the initial installation of any future Fidlar Software product developed to replace iDocument XF for the purpose of recording land records documents.
♦ The use of new add-on modules Fidlar may develop and offer to the market for the purpose of recording land records documents.
♦ CountyCare® software maintenance

## FIDLAR SOFTWARE LIFE CYCLE SERVICE DOES NOT INCLUDE:

♦ The 3rd party software and hardware to operate iDocument XF, any related modules, or any future Fidlar developed product for the purpose of recording land records documents.
♦ The installation, maintenance, or support of 3rd party software and hardware now or in the future.
♦ Any current or future Fidlar developed software product or service not designed or offered to the market for the purpose of recording land records documents.
♦ Any form of ownership or perpetual license to Fidlar developed software products.
♦ Any custom development for special requests from client
♦ Any needed or requested training except as stated in the above section.



- ♦ Use of Fidlar developed remote access products except as outlined in Schedule D of this contract.
- ♦ Explicit omission of any add-on modules not included in this contract.

### Taxes

Charges are exclusive of all federal, municipal, or other government excise, sales, use, occupational, or like taxes now in force or enacted in the future with the exception of taxes on net income and, therefore, are subject to an increase equal in amount to any tax Fidlar may be required to pay upon the license, sale or delivery of the product purchased.

**Note:** Prices quoted herein are guaranteed for thirty (30) days. After that time, prices may change without notice.

BUYER REPRESENTS THAT THIS LIFECYCLE EXTENSION HAS BEEN READ:

VANDERBURGH COUNTY RECORDER

Dated: ___6 · 4 - 0 7___

By: _____

Name: _Betty Wright Smith_

Title: _Recorder Vand. Co_

FIDLAR SOFTWARE

Dated: _6/27/07_

By: _____

Name: _Jeffrey M. White_

Title: _VP Operations_



## SCHEDULE B

## CountyCare© Software Maintenance Services

CountyCare© Annual Cost:  The annual cost of CountyCare© is included in this
contract as part of theLifeCycle Pricing Service.

### Description of CountyCare©

CountyCare© is a mandatory software support service which is required upon
installation of the software purchased.  Under the terms and conditions of this
Agreement, CountyCare© includes:

- Software Maintenance to the currently licensed Fidlar developed
  Software Products.

- Furnish telephone support relative to the currently licensed Fidlar
  developed Software Products either in their original or maintained form.

- Provide legislative updates to the Fidlar developed Software Products as
  required by the State, except those updates that require fundamental
  modifications to the core design of the product.

- Provide product enhancements on an ongoing basis, frequency based on
  the age of the product and market requirements.

Specifically excluded from software maintenance coverage are the following:

- Enhancements or modifications to software programs at user's request;
  such work would be considered a billable extra.

- Support to new or existing Fidlar Software Products not covered by this
  contract.

- Operating System versions or their support or installation.

- Database Management System versions or their support or installation.

- Diagnosis or correction of problems caused by operator negligence.

- Diagnosis or correction of problems caused by hardware, data media, or
  3rd party software or other systems not covered by this Agreement.

- Diagnosis or correction of problems caused by some naturally occurring
  event such as storm, flood, etc.

- Conversion costs for changes to database structure, if needed.



## Effective Date

Software maintenance coverage is effective from date of contract signing through the term of contract.

## Basic Materials

Software Maintenance to the Software Products licenses granted under this Agreement will govern any basic materials, in machine readable or printed form, provided to the Client by Fidlar. The Client is granted the right to locally reproduce additional copies of printed licensed material exclusively for his own use. All licensed material so locally reproduced shall be considered to be the same as the originally delivered material for all purposes under this Agreement.

## Protection and Security

The Client agrees to not disclose the content of the Software Products materials to any person except those who need to know for purposes of operating the system for the Client. The Client further agrees to protect the secrecy of the content of the Software Products materials by using procedures at least as stringent as those used to protect his own proprietary or confidential information and materials. The Client specifically acknowledges that he has no right of ownership of the Software Products, and that he possesses the license to use said Software Products according to the provisions of this Agreement.

## On-site Support

If on-site Software Maintenance to the Software Products is required, the Client will be charged for the time and materials at the then current rate.

Services covered by your CountyCare° may change on occasion without notice.

**BUYER REPRESENTS THAT THIS SCHEDULE B HAS BEEN READ:**

VANDERBURGH COUNTY RECORDER          FIDLAR SOFTWARE

Dated: _6-4-07_                      Dated: _6/27/07_

Name: _Betty Knight Smith_          Name: _____

Title: _Recorder of Vand Co_        Title: _VP Operations_

VANDERBURGH COUNTY RECORDER                                5



## <u>SCHEDULE C</u>

## Hardware Maintenance Services Provided by Fidlar Software

**<u>NOTE:</u>**   **SCHEDULE 'C' NOT APPLICABLE - THERE IS NO HARDWARE INCLUDED IN THIS CONTRACT**

BUYER REPRESENTS THAT THIS SCHEDULE C HAS BEEN READ:

VANDERBURGH COUNTY RECORDER                          FIDLAR SOFTWARE

Dated: _6 - 4 - 07_                          Dated: _6/27/07_

Name: _Betty Knight Smith_                   Name: _____

Title: _Recorder of Vand. Co._               Title: _VP Operation_



# SCHEDULE D

## LAREDO/ TAPESTRY

**Laredo Description:**

Fidlar Software's Laredo software is designed to allow remote access to Client's. It is subscription only access and user subscriptions are granted and setup by the Client.

**Laredo Payment and Pricing:**

It is the responsibilities of the county to determine pricing (if any) to remote users, invoice, and collect fees from Laredo users. Fidlar will invoice Client for each Laredo user ID subscription monthly. Monthly invoices will reflect the monthly subscription and any applicable overage used in the previous month based on the following schedule:

**Laredo per-minute plan charges**

| Plan | Fidlar charge to county |
| --- | --- |
| 0-250 minutes | $40/mo and .10 per minute overage |
| 251-500 minutes | $55/mo and .075 per minute overage |
| 501-1000 minutes | $75/mo and .06 per minute overage |
| 1001-2000 minutes | $83/mo and .05 per minute overage |
| 2001 and up | $95/mo |

** Per minute charge for each minute over the signed-up plan.

The county can implement alternative online dissemination programs or methods, other than Laredo/Tapestry. In the event that one of these products are being utilized, it is required that Laredo/Tapestry is not excluded from the product offering. Also, if the third party program utilizes Fidlar subsystems to provide easier implementation or access to the data or images, Fidlar will alter the Tapestry revenue share agreement as listed under "Tapestry" in this agreement from 50%-50% to 75%-25% in favor of Fidlar for use of these subsystems. This alteration can be cancelled whenever the alternative solution is no longer needed, or Fidlar subsystems are no longer needed.

There is NO CHANGE in the Tapestry revenue share agreement should the alternative solution retrieve data and/or images DIRECTLY from the repositories. However, Fidlar



constantly improves and makes changes to our software solution. Fidlar is not liable for changes in the Fidlar system, subsystems and/or data storage mechanisms that may require subsequent changes in the alternative solutions.

A unique user ID and password defines each Laredo user. This user ID can be used to access land records data from any properly configured workstation, however, multiple users cannot login with the same user ID at the same time.

New users joining during a monthly period will be billed for the prorated portion of the month to which they signed. The prorated amount will be based on calendar days, not business days. The day to which a user joins will become the first day of the prorated month.

Users may terminate their agreement at the end of any month (it is Client's responsibility to terminate their user ID to avoid further billing). Users can change their desired billing plan at any time BUT it will not take effect until the next calendar quarter (January, April, July, October)

Changes to user's plans must be communicated to Fidlar before the end of each calendar quarter in order for it to take effect.

Tapestry Description:

Tapestry is a Fidlar owned Internet Service that allows searching of Client's information on a pay-as-you-go basis.

Client agrees to participate by permitting their information to be made available through the Fidlar Software Tapestry System. Client understands that Tapestry is a service provided, marketed, and managed by Fidlar Software to offer information of participating counties collectively to the general public.

Client understands that current END-USER access fees for Tapestry are:

$3.99 for a basic search (as defined by the product)

$6.99 for an advanced search (as defined by the product)

$0.50 for viewing a document image (per page)

The above charges do not reflect discounts given to frequent users of Tapestry.

Client understands that Fidlar will manage the billing and collecting of these Tapestry



access fees with the end users. Fidlar will issue a credit against Client's Laredo invoice in the amount of 50% of all Tapestry revenue (after credit card processing fees) for Client's county. Fidlar will issue these credits monthly, quarterly, annually dependent on the volume of county activity at Fidlar's discretion.

Tapestry credit cannot exceed the amount of the Laredo invoice.

Client understands that access fees for Tapestry may change but the 50% revenue share (after credit card fees) remains the same.

Client understands that Fidlar may, from time to time, offer limited free access to information as part of a Tapestry marketing promotion. And that Fidlar, nor Client, will receive compensation for such access.

Fidlar understands that it may not use or share Client's data in any way other than the methods outlined above without the express written consent of the Client.

Client is responsible for the costs, provisions, security and maintenance of the required Internet connection for the Laredo/Tapestry system.

**Note:** Prices quoted herein are guaranteed for thirty (30) days. After that time, prices may change without notice.

BUYER REPRESENTS THAT THIS SCHEDULE D HAS BEEN READ:

VANDERBURGH COUNTY RECORDER                 FIDLAR SOFTWARE

Dated: _6-4-07_                             Dated: _4/27/07_

Name: _Betty Knight Smith_                  Name: _Mark Utt_

Title: _Recorder of Vand. Co_               Title: _VP Operations_



## SCHEDULE E

### Agreement as to Hardware, Software, and Services

**The following is a complete listing of all 3rd party hardware and software, and all other software and services associated with this agreement:**

Please Note: County will be upgrading, installing and supporting all hardware required for this project. County will install, configure, and make available server components to Fidlar Support personnel to enable remote installation, conversion, or training when requested.

It is CLIENT's responsibility to interpret 3rd party software licensing requirements and to purchase the necessary legal copies of 3rd party software. It is also CLIENT's responsibility to purchase additional software licenses if required due to changes in number of users etc.

NOTE: Fidlar Software has provided recommendations and/or is providing pricing below on 3rd party software based on input from CLIENT.

### 3rd Party Software
    Scansoft OCR Software                              Included in Body of Contract

### Fidlar Software Adjunct Software
    Fidlar Magnetic Image Management Software     Included in Body of Contract

### Backups of Data and Images

As part of the training process, someone on your staff (or IT staff) will be trained in the process of managing, and verifying, the backups of your data and images utilizing the backup software you purchase (see below for recommended software). It is the county's responsibility to regularly verify the success of the backups - Fidlar Software strongly recommends you verify the backups at least weekly.



# SCHEDULE F

## Information Replication - Off-site storage
## Remote Access\Disaster Recovery

One Time Charge Software License Fee:    Included in LifeCycle Payment
One Time Charge Services Fee:    Included in LifeCycle Payment
Annual Life Cycle Fee:    Included in LifeCycle Payment

**1. DEFINITIONS**

(a) Software - the computer program, procedures, rules and associated documentation concerned with the operation of a data processing computer system, in computer readable form, furnished by Fidlar to County, including related supporting materials such as instruction manuals, which provides for the electronic replication of each document recorded in County's real estate records using another Fidlar software program, and the electronic delivery of such electronic copy to a location separate from County's offices.

(b) Acceptance - The Software shall be deemed accepted by County at the conclusion of installation and testing of the Software and completion of the training period, provided the Software performs in accordance with its written documentation, unless County notifies Fidlar of a material problem with the Software within 30 days of completion of installation, testing, and training. FIDLAR will use its best efforts to correct such problems; otherwise, County will be conclusively presumed to have accepted the hardware and software upon completion of installation and testing.

**2. GRANT OF LICENSE**
Subject to the payment of the license fees to Fidlar as provided herein, Fidlar hereby grants to County, and County hereby accepts a personal, non-exclusive, non-transferable license to use, copy and install the Software during the term



of this Agreement, subject to the limitations, terms and conditions of this Agreement and to use the documentation therefore during the term hereof in support of the use of the Software.

This License and the applicable Software may not be assigned, sub-licensed, or otherwise transferred without prior written consent from Fidlar, provided, however, that County may assign this License to a successor to its governmental operations. Any attempted assignment, sublicense, or transfer of this License by County or its permitted assignee to other than a successor to its governmental operations shall be void and shall immediately terminate this License.

## 3. DELIVERY, INSTALLATION AND USE

County shall use the Software in connection with its governmental operations. Fidlar will deliver the Software to County and install the Software at County's location listed in Software License Agreement, hereto. County and its permitted assignees may install and use the Software in any new location if it moves to a different location. Fidlar will use its best efforts to correct any problems of which it is notified by County within 30 days of completion of installation, testing, and training. County is exclusively responsible for the supervision, management, and control of its use of the Software.

## 4. OWNERSHIP, REPRODUCTION AND DISCLOSURE

(a)    The Software is licensed, not sold and remains the property of Fidlar. County obtains no rights other than those granted under this Agreement. County shall not reverse engineer, disassemble or decompile the Software.

(b)    County may duplicate the Software as necessary for its use thereof in connection with its governmental operations, and for the purpose of making a reasonable number of backup copies consistent with County's regular archive policies. A reasonable number of copies of user manuals and other documentation may be made by County. County agrees that the original copy of all Software furnished by Fidlar and copies and modifications thereof made by County are and shall remain the sole property of Fidlar. Fidlar shall provide County with the documentation and manuals concerning the Software.

(c)    Proprietary Notice. County shall reproduce and include Fidlar's copyright mark and/or any third-party copyright marks and proprietary notices on all copies of the Software in the same form and manner as such copyright marks and proprietary notices are included in the Software.

## 5. CONFIDENTIALITY



(a)     Confidential Information shall include the Software and any other information which is designated by label or written notice. Confidential Information for purposes of this Agreement shall not include any information: i) which was known to the recipient or its employees prior to disclosure; ii) which comes into possession of recipient without breach of this Agreement from a third party who is under no obligation to disclose or to maintain the confidentiality of the information; iii) which becomes generally known and available to the public other than through the fault of recipient, its agents or employees; or iv) disclosed by discloser to a third party without restriction on disclosure.

(b)     County shall not use nor publish nor disclose to any third party the Software or any proprietary or Confidential Information received from Fidlar. Disclosure of Confidential Information is permitted on a need-to-know basis to employees or independent contractors retained to perform specific computer services that are subject to a written non-disclosure agreement. County agrees to use the same reasonable precautions to prevent the unauthorized use or disclosure of confidential information of the other party's information that it would use to protect its own similar information. The parties agree that any violation of Section 5 shall constitute a breach of this License. The obligation of confidentiality shall survive the termination of this Agreement.

(c)     County agrees not to encumber, assign, sublicense, or otherwise transfer the Software, by operation of law or otherwise, in whole or in part, directly or indirectly, and not to exhibit, donate, barter, loan, or otherwise communicate the Software, to any other firm or person without the express written consent of Fidlar. County shall take all reasonable action by instruction, agreement, or otherwise with its employees or other persons permitted access to the Software to satisfy its obligations under this Agreement with respect to use, protection and security of the Software.

## 6.     TERMINATION OF LICENSE
(a)     The term of this license shall continue for 3 years, provided, that either party may terminate the license if the other party breaches this Agreement and fails to cure such breach within thirty (30) days after receipt of written notice from the non-breaching party. Nothing in this sub-section 6(a) is intended to preclude Fidlar from seeking immediate appropriate injunctive relief in the event of any violation of Fidlar's intellectual property rights.

(b)     Upon termination of the license, County shall immediately cease use of the Software and shall, within ten (10) days following termination, return the original Software and all copies thereof, or with Fidlar's written consent, destroy the original Software and associated documentation and certify in



writing to Fidlar that all copies of the Software and documentation have been destroyed.

## 7.   WARRANTY, WARRANTY DISCLAIMER AND INFRINGEMENT

(a)   <u>Warranty.</u>   The following warranties are in lieu of all warranties, express, implied, or statutory, including but not limited to, any implied warranties of merchantability and fitness for a particular purpose and of any other warranty obligation on the part of Fidlar.   There are no warranties that extend beyond the description on the face hereof.

(i)   Fidlar warrants that the Software is properly licensed and that Fidlar otherwise has the right to distribute the Software in accordance with this Agreement.

(ii)   Fidlar further warrants that the media in which the Software is delivered to County is undamaged and free from mechanical defects.

(iii)   Fidlar warrants that County will receive on each business day a message via electronic mail informing the County of the number of documents replicated by the Software on the immediately preceding business day.

(iv)   Fidlar warrants that on a quarterly basis it will compare the list of documents replicated by the Software and the documents recorded in the County's offices utilizing another software program provided by Fidlar and report the results of comparison to County.

(b)   <u>No Other Warranties</u>.   Fidlar makes no other warranties with respect to the Software, except as set forth above.   FIDLAR DISCLAIMS ALL OTHER REPRESENTATIONS, WARRANTIES AND PROMISES, EXPRESS OR IMPLIED, OR STATUTORY, INCLUDING BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF



MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND ANY OTHER
WARRANTY OBLIGATION ON THE PART OF FIDLAR WITH RESPECT TO THE
SOFTWARE. FIDLAR DISCLAIMS ALL LIABILITIES OR OBLIGATIONS FOR DAMAGES
INCLUDING, BUT NOT LIMITED TO, INCIDENTAL, INDIRECT, SPECIAL, OR
CONSEQUENTIAL DAMAGES, SUCH AS INTERRUPTION OF BUSINESS OR ANY LOSS
OF BUSINESS OR PROFITS, LOSS DUE TO PERSONAL INJURY, OR HARM TO
PROPERTY, OR ANY EXPENSE EXPERIENCED BY COUNTY ARISING OUT OF ANY
DEFECTS IN OR FAILURE OR INADEQUACY OF PERFORMANCE OF THE SOFTWARE
FURNISHED BY FIDLAR HEREUNDER.

(c)     Infringement.  Should the Software become, or in Fidlar's opinion be
likely to become, the subject of a claim of infringement of a copyright, patent
or similar proprietary right, Fidlar may at its option (i) procure for County the
right to continue using the Software, (ii) replace or modify the Software to
make it non-infringing, or (iii) terminate this License and refund to County all
license fees paid hereunder.

(d)     Limitation on Liability.  Fidlar shall have no liability for any claim of
copyright, patent or similar proprietary right infringement based on:

        (i)     Use of other than the latest unmodified release of the Software
from Fidlar if such infringement could have been avoided by the use of the
latest release of the Software, provided that County is notified by Fidlar that
the earlier release of the Software is infringing, County is provided with a later
release of non-infringing, compatible Software, and County elects to continue
using such earlier release of the Software; or

        (ii)    Use or combination of the Software with any non-Fidlar programs
or data provided that the Software is non-infringing.

8.      LIMITATION OF LIABILITY AND EXCLUSIVE REMEDY
(a)     Limitation of Liability.  Even if Fidlar has been advised of the
possibility of such claims, demands, or damages, in no event shall Fidlar be
liable to County for the following: any incidental, special, exemplary, or
consequential damages; any loss of profits or confidential or other
information; business interruption, personal injury, any loss of privacy for
failure to meet any duty including of good faith or of reasonable care, any
negligence or negligent misrepresentation, and any other pecuniary or
other loss whatsoever, even in the event of the fault of Fidlar (or any
supplier), of tort (including negligence), strict or product liability, breach of
contract or breach of warranty.



(b)  **Exclusive Remedy.** County's exclusive remedy against Fidlar for any breach of warranty under this Agreement is limited to repair, replacement or refund with respect to the item in question, at Fidlar's option and subject to applicable law. County will only be entitled to the direct damages that County actually incurs in reasonable reliance, up to the amount of a refund of the license fees (plus sales tax) that County paid for the Software. The limitations and exclusions regarding damages will apply even if any remedy fails.

(c)  **Costs.** If suit is brought or an attorney retained by either party to enforce the terms hereof, collect any monies due under, or collect damages for breach of, this Agreement, the prevailing party shall be entitled to recover, in addition to any other remedy, reimbursement for reasonable attorney fees, court costs and other related expenses incurred in connection therewith.

## 9.  LICENSE AND MAINTENANCE FEES
County shall pay Fidlar the license fee set forth on Schedule 1 on the dates set forth on Schedule 1.  County shall pay Fidlar the annual software maintenance fees set forth on Schedule 1 on the dates set forth on Schedule 1. County will pay for the travel expenses of any Fidlar personnel that are required to travel to County's facilities to perform maintenance or support services.

## 10.  SOFTWARE SUPPORT AND MAINTENANCE
Fidlar shall provide such software maintenance and support services as set forth on Schedule 2.

## 11.  STORAGE FACILITY
The purpose of the Software is to create electronic copies of the County's real estate records, which copies are stored at a location physically separate from the County's location. The County may contract for its own electronic document storage facility or the County may contract with Fidlar to provide the storage facility. If the County provides its own storage facility then the County shall assure that such facility can accept documents from the Software. The name, address and contact information for the County-provided storage facility shall be set forth in Software License Agreement. If the County elects to have Fidlar provide the storage facility, then storage facility charges set forth on Schedule A shall apply and Schedule F, attached hereto, shall provide the terms and conditions that apply to such use of Fidlar's storage facility.

## 12.  GENERAL PROVISIONS
(a)  **Governing Law.** This Agreement will be governed by and construed in accordance with the laws of the United States and the State of Illinois, without regard to its choice of law provisions.



(b)    Notices. Any notice or consent required to be given hereunder shall be in writing and will be deemed to have been properly given two days after mailing to the address hereinafter set forth, or to such other addresses as the parties may hereinafter substitute by written notice given in the manner prescribed in this Section.

> (i)  Notice to Fidlar:    Fidlar Software
> 4450 48th Ave. Ct.
> Rock Island, IL 61201-6248
> Attn: Ernest Riggen, President

> (ii)  Notice to County:   Betty Knight-Smith
> Vanderburgh County Recorder
> 1 NW Martin Luther King Jr. Blvd.
> Evansville, IN 47708

(c)    No Waiver. Failure by either party to enforce any provisions of this Agreement will not be deemed a waiver of future enforcement of that or any other provision of this Agreement.

(d)    Severability. If for any reason a court of competent jurisdiction finds any provision of this Agreement, or portion thereof, to be unenforceable, that portion of the Agreement will be enforced to the maximum extent permissible so as to give effect to the intent of the parties, and the remainder of the Agreement will continue in full force and effect.

(e)    Counterparts. This Agreement may be executed in separate counterparts, each of which so executed and delivered shall constitute an original, but all such counterparts shall together constitute one and the same instrument.

(f)    Independent Parties. The parties are independent parties and no partnership, joint-venture, employment or agency relationship is created.

(g)    Modification. No modification or amendment to this Agreement will be valid or binding unless in writing and duly executed by the parties.

(h)    Entire Agreement. This Agreement, including the Schedules hereto, constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior agreements, oral or written, and all other communications relating to the subject matter hereof. Any



purchase order, preprinted form or other ordering documents will not modify this Agreement, nor will it have any legal effect and shall serve only the purpose of identifying the products ordered.

This Software License Agreement was executed to be effective as of the date set forth above. Each person signing below represents that he or she has read this Agreement in its entirety including any and all Attachments; understands its terms; is duly authorized to execute this Agreement on behalf of the party indicated below by his or her name; and agrees on behalf of such party that such party will be bound by the terms hereof.

BUYER REPRESENTS THAT THIS SCHEDULE F HAS BEEN READ:

VANDERBURGH COUNTY RECORDER

Dated: 6 - 4 - 07

Name: _Betty Knight Smith_

Title: _Recorder of Vand Co_

FIDLAR SOFTWARE

Dated: 6/27/07

Name: _____

Title: _VP Operations_