NOV 03 2010 18:43 FROM:MILLER CO CIR CLERK

Laredo Billing Invoice

| From: | MILLER COUNTY |
| | MARY PANKEY |
| | CIRCUIT CLERK |
| | 412 LAUREL STREET |
| | TEXARKANA, AR 71854 |

Invoice Number: 2010106-712
Invoice Date: 10/06/2010
Total Due: $50.00

| To: | SUSAN NOTO |
| | LPS REAL ESTATE DATA SOLUTIONS, INC. |
| | 3100 NEW YORK DR.STE #100 MS-IDM |
| | PASADENA, CA 91107 |

User Name: REALPS

Date Added: 09/29/2010  Date Removed:
Billing Period: September 2010

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 58 | | |
| Max Minutes in Plan: | 250 | | $50.00 |
| Minutes Over Plan: | 0 | $0.20 | $0.00 |
| Usage Amount: | | | $50.00 |
| Printing | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$50.00** |

Invoice Number: 2010106-712
Invoice Date: 10/06/2010

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 09/30/2010 | REALPS | 58 | 8 | | |

COPY

10/06/2010  8:26 AM

Page 1

LPS06416

*Miller, AR*

**Laredo Billing Invoice**

From: MILLER COUNTY
MARY PANKEY
CIRCUIT CLERK
412 LAUREL STREET
TEXARKANA, AR 71854

RECEIVED NOV 1 0 2010 By_____

Invoice Number: 2010115-869
Invoice Date: 11/05/2010
Total Due: $288.40

*Bal Due for Sept  50.00*
*358.40*

To: SUSAN NOTO
LPS REAL ESTATE DATA SOLUTIONS, INC.
3100 NEW YORK DR.STE #100 MS-IDM
PASADENA, CA 91107

User Name: REALPS

Date Added: 09/29/2010  Date Removed:
Billing Period: October 2010

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 1,442 | | |
| Max Minutes in Plan: | 250 | | $50.00 |
| Minutes Over Plan: | 1,192 | $0.20 | $238.40 |
| Usage Amount: | | | $288.40 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$288.40** |

Invoice Number: 2010115-869
Invoice Date: 11/05/2010

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 10/08/2010 | REALPS | 28 | 1 | | |
| 10/11/2010 | REALPS | 7 | 1 | | |
| 10/18/2010 | REALPS | 5 | 2 | | |
| 10/21/2010 | REALPS | 19 | 1 | | |
| 10/22/2010 | REALPS | 144 | 2 | | |
| 10/23/2010 | REALPS | 154 | 4 | | |
| 10/26/2010 | REALPS | 58 | 1 | | |
| 10/28/2010 | REALPS | 295 | 5 | | |
| 10/29/2010 | REALPS | 152 | 1 | | |
| 10/30/2010 | REALPS | 580 | 1 | | |

*Faxed 11-5-10*

LPS06414

**Laredo Billing Invoice**


RECEIVED DEC 06 2010 By _____

From: MILLER COUNTY
MARY PANKEY
CIRCUIT CLERK
412 LAUREL STREET
TEXARKANA, AR 71854

Invoice Number: 2010123-867
Invoice Date: 12/03/2010
**Total Due:** $250.00

*miller AR*

To: SUSAN NOTO
LPS REAL ESTATE DATA SOLUTIONS, INC.
3100 NEW YORK DR. STE #100 MS-IDM
PASADENA, CA 91107

PAID By _____

User Name: REALPS
Date Added: ~~09/29/2010~~ ~~Date Removed:~~
Billing Period: November 2010

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 8,866 | | |
| Max Minutes in Plan: | 10,000 | | $250.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $250.00 |

Invoice Number: 2010123-867
Invoice Date: 12/03/2010

| Printing | Pages | | |
|---|---|---|---|
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |

**Total Due:** $250.00

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 11/01/2010 | REALPS | 100 | 2 | | |
| 11/03/2010 | REALPS | 117 | 2 | | |
| 11/04/2010 | REALPS | 34 | 1 | | |
| 11/05/2010 | REALPS | 87 | 2 | | |
| 11/06/2010 | REALPS | 68 | 1 | | |
| 11/10/2010 | REALPS | 218 | 5 | | |
| 11/11/2010 | REALPS | 43 | 3 | | |
| 11/12/2010 | REALPS | 330 | 1 | | |
| 11/13/2010 | REALPS | 646 | 1 | | |
| 11/14/2010 | REALPS | 75 | 3 | | |
| 11/15/2010 | REALPS | 527 | 3 | | |
| 11/18/2010 | REALPS | 221 | 2 | | |
| 11/19/2010 | REALPS | 140 | 3 | | |
| 11/20/2010 | REALPS | 501 | 1 | | |
| 11/21/2010 | REALPS | 284 | 3 | | |
| 11/22/2010 | REALPS | 214 | 1 | | |
| 11/23/2010 | REALPS | 90 | 1 | | |
| 11/24/2010 | REALPS | 22 | 2 | | |
| 11/29/2010 | REALPS | 5,149 | 2 | | |

12/03/2010 12:38 PM

Page 1

LPS06419

Laredo Billing Invoice

From: MILLER COUNTY
MARY PANKEY
CIRCUIT CLERK
412 LAUREL STREET
TEXARKANA, AR 71854



Invoice Number: 201188-1,081
Invoice Date: 08/08/2011
Total Due: $250.00

To: SUSAN NOTO
LPS REAL ESTATE DATA SOLUTIONS, INC.
3100 NEW YORK DR. STE #100 MS-IDM
PASADENA, CA 91107

User Name: REALPS

Date Added: 09/29/2010  Date Removed:
Billing Period: July 2011

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount | | |
|---|---|---|---|---|---|
| Total Minutes Used: | 5,079 | | | Invoice Number: | 201188-1,081 |
| Max Minutes in Plan: | 10,000 | | $250.00 | Invoice Date: | 08/08/2011 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 | | |
| Usage Amount: | | | $250.00 | | |
| **Printing** | Pages | | | | |
| Total Pages: | 0 | | | | |
| Printing Amount: | | | $0.00 | | |
| **Total Due:** | | | **$250.00** | | |

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 07/02/2011 | REALPS | 67 | 1 | | |
| 07/15/2011 | REALPS | 166 | 3 | | |
| 07/18/2011 | REALPS | 107 | 1 | | |
| 07/11/2011 | REALPS | 157 | 2 | | |
| 07/12/2011 | REALPS | 278 | 2 | | |
| 07/24/2011 | REALPS | 97 | 1 | | |
| 07/04/2011 | REALPS | 191 | 3 | | |
| 07/05/2011 | REALPS | 487 | 5 | | |
| 07/08/2011 | REALPS | 353 | 3 | | |
| 07/13/2011 | REALPS | 435 | 1 | | |
| 07/22/2011 | REALPS | 251 | 3 | | |
| 07/19/2011 | REALPS | 198 | 2 | | |
| 07/01/2011 | REALPS | 605 | 4 | | |
| 07/31/2011 | REALPS | 256 | 1 | | |
| 07/23/2011 | REALPS | 252 | 2 | | |
| 07/25/2011 | REALPS | 7 | 1 | | |
| 07/27/2011 | REALPS | 249 | 2 | | |
| 07/07/2011 | REALPS | 335 | 3 | | |
| 07/21/2011 | REALPS | 119 | 1 | | |
| 07/26/2011 | REALPS | 469 | 1 | | |

08/08/2011 12:57 PM

Page 1

LPS06447

**Laredo Billing Invoice**

From: MILLER COUNTY  
MARY PANKEY  
CIRCUIT CLERK  
412 LAUREL STREET  
TEXARKANA, AR 71854


RECEIVED SEP 15 2011 By____

Invoice Number: 201199-1,148  
Invoice Date: 09/09/2011  
Total Due: $250.00

To: SUSAN NOTO  
LPS REAL ESTATE DATA SOLUTIONS, INC.  
3100 NEW YORK DR. STE #100 MS-IDM  
PASADENA, CA 91107

User Name: REALPS

Date Added: 09/29/2010  Date Removed:  
Billing Period: August 2011

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 5,598 | | |
| Max Minutes in Plan: | 10,000 | | $250.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $250.00 |
| **Printing** | **Pages** | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$250.00** |

Invoice Number: 201199-1,148  
Invoice Date: 09/09/2011

PAID

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 08/11/2011 | REALPS | 365 | 2 | | |
| 08/16/2011 | REALPS | 237 | 1 | | |
| 08/23/2011 | REALPS | 30 | 2 | | |
| 08/26/2011 | REALPS | 391 | 5 | | |
| 08/28/2011 | REALPS | 329 | 5 | | |
| 08/04/2011 | REALPS | 103 | 1 | | |
| 08/05/2011 | REALPS | 97 | 1 | | |
| 08/20/2011 | REALPS | 212 | 1 | | |
| 08/24/2011 | REALPS | 369 | 4 | | |
| 08/01/2011 | REALPS | 119 | 1 | | |
| 08/15/2011 | REALPS | 327 | 2 | | |
| 08/09/2011 | REALPS | 175 | 2 | | |
| 08/29/2011 | REALPS | 163 | 1 | | |
| 08/03/2011 | REALPS | 406 | 5 | | |
| 08/22/2011 | REALPS | 512 | 1 | | |
| 08/06/2011 | REALPS | 193 | 2 | | |
| 08/08/2011 | REALPS | 1 | 1 | | |
| 08/31/2011 | REALPS | 317 | 1 | | |
| 08/10/2011 | REALPS | 167 | 2 | | |
| 08/12/2011 | REALPS | 276 | 2 | | |

09/09/2011  1:28 PM

Page 1

LPS06450

**Laredo Billing Invoice**

| | | | |
|---|---|---|---|
| 08/25/2011 | REALPS | 253 | 2 |
| 08/07/2011 | REALPS | 351 | 1 |
| 08/19/2011 | REALPS | 7 | 1 |
| 08/30/2011 | REALPS | 198 | 2 |



LPS06451

Laredo Billing Invoice

From: MILLER COUNTY  
MARY PANKEY  
CIRCUIT CLERK  
412 LAUREL STREET  
TEXARKANA, AR 71854

OCT 17 2011

Invoice Number: 0111013-1,241  
Invoice Date: 10/13/2011  
Total Due: $250.00

To: SUSAN NOTO  
LPS REAL ESTATE DATA SOLUTIONS, INC.  
3100 NEW YORK DR STE #100 MS-IDM  
PASADENA, CA 91107

User Name: REALPS

Date Added: 09/29/2010  Date Removed:  
Billing Period: September 2011

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 5,583 | | |
| Max Minutes in Plan: | 10,000 | | $250.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $250.00 |
| Printing | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | $250.00 |

Invoice Number: 0111013-1,241  
Invoice Date: 10/13/2011

PAID  PAID

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 09/12/2011 | REALPS | 265 | 4 | | |
| 09/24/2011 | REALPS | 318 | 1 | | |
| 09/30/2011 | REALPS | 300 | 2 | | |
| 09/22/2011 | REALPS | 441 | 1 | | |
| 09/28/2011 | REALPS | 268 | 4 | | |
| 09/05/2011 | REALPS | 416 | 2 | | |
| 09/14/2011 | REALPS | 6 | 1 | | |
| 09/18/2011 | REALPS | 88 | 1 | | |
| 09/03/2011 | REALPS | 158 | 3 | | |
| 09/15/2011 | REALPS | 535 | 1 | | |
| 09/08/2011 | REALPS | 385 | 4 | | |
| 09/20/2011 | REALPS | 158 | 2 | | |
| 09/13/2011 | REALPS | 34 | 1 | | |
| 09/19/2011 | REALPS | 172 | 1 | | |
| 09/25/2011 | REALPS | 73 | 1 | | |
| 09/29/2011 | REALPS | 286 | 1 | | |
| 09/06/2011 | REALPS | 331 | 2 | | |
| 09/09/2011 | REALPS | 602 | 2 | | |
| 09/17/2011 | REALPS | 179 | 1 | | |
| 09/21/2011 | REALPS | 188 | 1 | | |
| 09/27/2011 | REALPS | 353 | 2 | | |

10/13/2011  2:45 PM

Page 1

LPS06454

Laredo Billing Invoice

09/16/2011  REALPS  27  1

OCT 17 2011

Pg 2 of 2

LPS06455

**Laredo Billing Invoice**

| | | | |
|---|---|---|---|
| From: | MILLER COUNTY<br>MARY PANKEY<br>CIRCUIT CLERK<br>412 LAUREL STREET<br>TEXARKANA, AR 71854 | Invoice Number:<br>Invoice Date:<br>**Total Due:** | 201257-1,388<br>05/07/2012<br>$250.00 |

MAY 1 0 2012

| | | | |
|---|---|---|---|
| To: | SUSAN NOTO<br>LPS REAL ESTATE DATA SOLUTIONS, INC.<br>3100 NEW YORK DR.STE #100 MS-IDM<br>PASADENA, CA 91107 | User Name<br>Date Added: 09/29/2010 Date Removed:<br>Billing Period: April 2012 | REALPS |

PAID    PAID

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount | | Invoice Number: | 201257-1,388 |
|---|---|---|---|---|---|---|
| Total Minutes Used: | 5,196 | | | | Invoice Date: | 05/07/2012 |
| Max Minutes in Plan: | 10,000 | | $250.00 | | | |
| Minutes Over Plan: | 0 | $0.00 | $0.00 | | | |
| Usage Amount: | | | $250.00 | | | |
| **Printing** | Pages | | | | | |
| Total Pages: | 0 | | | | | |
| Printing Amount | | | $0.00 | | | |
| **Total Due:** | | | **$250.00** | — NAR | | |

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 04/27/2012 | REALPS | 493 | 1 | | |
| 04/03/2012 | REALPS | 503 | 2 | | |
| 04/16/2012 | REALPS | 510 | 1 | | |
| 04/13/2012 | REALPS | 536 | 1 | | |
| 04/24/2012 | REALPS | 544 | 1 | | |
| 04/17/2012 | REALPS | 492 | 1 | | |
| 04/02/2012 | REALPS | 533 | 1 | | |
| 04/14/2012 | REALPS | 540 | 1 | | |
| 04/25/2012 | REALPS | 553 | 1 | | |
| 04/26/2012 | REALPS | 492 | 1 | | |

LPS06524

**Laredo Billing Invoice**

From: MILLER COUNTY
MARY PANKEY
CIRCUIT CLERK
412 LAUREL STREET
TEXARKANA, AR 71854


RECEIVED JUN 11 2012 By____

Invoice Number: 201266-1,407
Invoice Date: 06/06/2012
**Total Due:** $250.00

To: SUSAN NOTO
LPS REAL ESTATE DATA SOLUTIONS, INC.
3100 NEW YORK DR.STE #100 MS-IDM
PASADENA, CA 91107

User Name    REALPS

Date Added: 09/29/2010  Date Removed:
Billing Period: May 2012

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 10,558 | | |
| Max Minutes in Plan: | 10,000 | | $250.00 |
| Minutes Over Plan: | 558 | $0.00 | $0.00 |
| Usage Amount: | | | $250.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount | | | $0.00 |
| **Total Due:** | | | $250.00 |

Invoice Number: 201266-1,407
Invoice Date: 06/06/2012
PAID By____

NAR

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 05/22/2012 | REALPS | 508 | 1 | | |
| 05/11/2012 | REALPS | 476 | 1 | | |
| 05/07/2012 | REALPS | 510 | 1 | | |
| 05/26/2012 | REALPS | 172 | 1 | | |
| 05/24/2012 | REALPS | 1 | 1 | | |
| 05/16/2012 | REALPS | 360 | 2 | | |
| 05/18/2012 | REALPS | 560 | 1 | | |
| 05/19/2012 | REALPS | 560 | 1 | | |
| 05/09/2012 | REALPS | 563 | 1 | | |
| 05/12/2012 | REALPS | 512 | 1 | | |
| 05/17/2012 | REALPS | 554 | 1 | | |
| 05/25/2012 | REALPS | 675 | 2 | | |
| 05/14/2012 | REALPS | 521 | 1 | | |
| 05/23/2012 | REALPS | 566 | 1 | | |
| 05/10/2012 | REALPS | 586 | 3 | | |
| 05/15/2012 | REALPS | 579 | 2 | | |
| 05/28/2012 | REALPS | 538 | 1 | | |
| 05/05/2012 | REALPS | 538 | 1 | | |
| 05/21/2012 | REALPS | 561 | 1 | | |
| 05/29/2012 | REALPS | 697 | 3 | | |
| 05/08/2012 | REALPS | 521 | 1 | | |

06/06/2012  8:56 AM

Page 1

LPS06527

Laredo Billing Invoice

| | |
|---|---|
| From: MILLER COUNTY<br>MARY PANKEY<br>CIRCUIT CLERK<br>412 LAUREL STREET<br>TEXARKANA, AR 71854 | Invoice Number: 201279-1,470<br>Invoice Date: 07/09/2012<br>**Total Due:** $250.00 |

PAID  PAID

To: SUSAN NOTO
LPS REAL ESTATE DATA SOLUTIONS, INC.
3100 NEW YORK DR.STE #100 MS-IDM
PASADENA, CA 91107

User Name REALPS

Date Added: 09/29/2010  Date Removed:
Billing Period: June 2012

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 0 | | |
| Max Minutes in Plan: | 10,000 | | $250.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $250.00 |
| **Printing** | **Pages** | | |
| Total Pages: | 0 | | |
| Printing Amount | | | $0.00 |
| **Total Due:** | | | **$250.00** |

Invoice Number: 201279-1,470
Invoice Date: 07/09/2012

NAR

Date     User              Minutes Used    # of Connections    Pages Printed    Printing Amount

07/09/2012  2:08 PM

Page 1

LPS06530

Laredo Billing Invoice

| | | |
|---|---|---|
| From: | MILLER COUNTY<br>MARY PANKEY<br>CIRCUIT CLERK<br>412 LAUREL STREET<br>TEXARKANA, AR 71854 | Invoice Number: 201286-1,477<br>Invoice Date: 08/06/2012<br>**Total Due:** $250.00 |

RECEIVED AUG 28 2012 By___

To: SUSAN NOTO
LPS REAL ESTATE DATA SOLUTIONS, INC.
3100 NEW YORK DR.STE #100 MS-IDM
PASADENA, CA 91107

User Name   REALPS

Date Added:  ~~09/29/2010~~   Date Removed:
Billing Period: July 2012

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 0 | | |
| Max Minutes in Plan: | 10,000 | | $250.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $250.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount | | | $0.00 |
| **Total Due:** | | | **$250.00**  NAR |

Invoice Number: 201286-1,477
Invoice Date: 08/06/2012

PAID

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|

08/06/2012  10:01 AM

Page 1

LPS06533