E-FILED
Saturday, 27 December, 2014 01:07:38 AM
Clerk, U.S. District Court, ILCD

Laredo-Billing Invoice

St. Joseph IN

Page 1 of 8

From: ST JOSEPH
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

Invoice Number: 201091-16
Invoice Date: 09/01/2010
**Total Due:** **$501.00**
521.00

*Please Pay #1022.00

To: LINDA LASANCE
LPS
3100 NEW YORK DR STE100
PASADENA, CA 91107

PAID

User Name LPSERVICES

Date Added: 07/01/2010 Date Removed:
Billing Period: August 2010

NAR

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 11,245 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 1,245 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 1 | | |
| Printing Amount: | | | $1.00 |
| **Total Due:** | | | **$501.00** |

Invoice Number: 201091-16
Invoice Date: 09/01/2010

outstanding Balance $521.00

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 08/01/2010 | LPSERVICES | 221 | 3 | | |
| 08/02/2010 | LPSERVICES | 692 | 11 | | |
| 08/06/2010 | LPSERVICES | 496 | 3 | | |
| 08/16/2010 | LPSERVICES | 479 | 15 | | |
| 08/31/2010 | LPSERVICES | 48 | 2 | | |
| 08/02/2010 | LPSERVICES | | | 1 | $1.00 |
| 08/04/2010 | LPSERVICES | 791 | 8 | | |
| 08/12/2010 | LPSERVICES | 529 | 18 | | |
| 08/14/2010 | LPSERVICES | 186 | 1 | | |
| 08/19/2010 | LPSERVICES | 353 | 7 | | |
| 08/28/2010 | LPSERVICES | 74 | 2 | | |
| 08/03/2010 | LPSERVICES | 605 | 8 | | |
| 08/05/2010 | LPSERVICES | 593 | 17 | | |
| 08/09/2010 | LPSERVICES | 586 | 6 | | |
| 08/18/2010 | LPSERVICES | 492 | 7 | | |
| 08/22/2010 | LPSERVICES | 188 | 5 | | |
| 08/20/2010 | LPSERVICES | 203 | 6 | | |
| 08/23/2010 | LPSERVICES | 456 | 19 | | |
| 08/30/2010 | LPSERVICES | 130 | 2 | | |
| 08/07/2010 | LPSERVICES | 629 | 8 | | |

July = $521.00
Aug = $501.00

This is 1st invoice rec'd from Co.

09/01/2010 12:41 PM

LPS08941

**Laredo Billing Invoice**

From: ST JOSEPH , IN
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

RECEIVED
OCT 11 2010
By__________

Invoice Number: 2010104-17
Invoice Date: 10/04/2010
**Total Due: $500.00**

To: LINDA LASANCE
LPS
3100 NEW YORK DR STE100
PASADENA, CA 91107

User Name LPSERVICES

PAID PAID

Date Added: 07/01/2010 Date Removed:
Billing Period: September 2010

Please Return Upper Portion With Payment

---

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 5,741 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$500.00** |

Invoice Number: 2010104-17
Invoice Date: 10/04/2010

NAR

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 09/13/2010 | LPSERVICES | 199 | 7 | | |
| 09/14/2010 | LPSERVICES | 240 | 2 | | |
| 09/21/2010 | LPSERVICES | 257 | 8 | | |
| 09/28/2010 | LPSERVICES | 476 | 1 | | |
| 09/07/2010 | LPSERVICES | 328 | 9 | | |
| 09/08/2010 | LPSERVICES | 57 | 3 | | |
| 09/19/2010 | LPSERVICES | 223 | 7 | | |
| 09/02/2010 | LPSERVICES | 134 | 3 | | |
| 09/27/2010 | LPSERVICES | 518 | 2 | | |
| 09/29/2010 | LPSERVICES | 220 | 1 | | |
| 09/09/2010 | LPSERVICES | 8 | 1 | | |
| 09/10/2010 | LPSERVICES | 118 | 8 | | |
| 09/15/2010 | LPSERVICES | 267 | 6 | | |
| 09/17/2010 | LPSERVICES | 241 | 6 | | |
| 09/30/2010 | LPSERVICES | 462 | 2 | | |
| 09/06/2010 | LPSERVICES | 27 | 1 | | |
| 09/11/2010 | LPSERVICES | 168 | 3 | | |
| 09/16/2010 | LPSERVICES | 399 | 13 | | |
| 09/20/2010 | LPSERVICES | 457 | 13 | | |
| 09/24/2010 | LPSERVICES | 226 | 3 | | |

68499



PAID
PAID
By
RECEIVED
DEC 07 2010
By
Pg 1 of 2

Laredo Billing Invoice

From: ST JOSEPH / Ind
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

Invoice Number: 2010113-17
Invoice Date: 11/03/2010
**Total Due:** **$500.00**

To: LINDA LASANCE
LPS
3100 NEW YORK DR STE100
PASADENA, CA 91107

User Name LPSERVICES

Date Added: ~~07/01/2010 Date Removed:~~
Billing Period: October 2010

Please Return Upper Portion With Payment

---

Invoice Number: 2010113-17
Invoice Date: 11/03/2010

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 6,630 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$500.00** |

NAR

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 10/06/2010 | LPSERVICES | 73 | 1 | | |
| 10/13/2010 | LPSERVICES | 377 | 1 | | |
| 10/14/2010 | LPSERVICES | 702 | 5 | | |
| 10/15/2010 | LPSERVICES | 106 | 1 | | |
| 10/30/2010 | LPSERVICES | 12 | 1 | | |
| 10/26/2010 | LPSERVICES | 130 | 1 | | |
| 10/28/2010 | LPSERVICES | 250 | 3 | | |
| 10/05/2010 | LPSERVICES | 358 | 2 | | |
| 10/08/2010 | LPSERVICES | 228 | 2 | | |
| 10/16/2010 | LPSERVICES | 551 | 3 | | |
| 10/17/2010 | LPSERVICES | 34 | 1 | | |
| 10/20/2010 | LPSERVICES | 137 | 2 | | |
| 10/21/2010 | LPSERVICES | 474 | 2 | | |
| 10/23/2010 | LPSERVICES | 181 | 1 | | |
| 10/27/2010 | LPSERVICES | 497 | 2 | | |
| 10/01/2010 | LPSERVICES | 567 | 4 | | |
| 10/02/2010 | LPSERVICES | 108 | 2 | | |
| 10/19/2010 | LPSERVICES | 71 | 1 | | |
| 10/22/2010 | LPSERVICES | 4 | 1 | | |
| 10/25/2010 | LPSERVICES | 276 | 2 | | |

2 of 2

**Laredo Billing Invoice**

| | | | |
|---|---|---|---|
| 10/29/2010 | LPSERVICES | 374 | 3 |
| 10/04/2010 | LPSERVICES | 588 | 2 |
| 10/07/2010 | LPSERVICES | 226 | 3 |
| 10/10/2010 | LPSERVICES | 127 | 1 |
| 10/12/2010 | LPSERVICES | 172 | 3 |
| 10/18/2010 | LPSERVICES | 7 | 2 |

**Laredo Billing Invoice**

pg 1 of 2

From: ST JOSEPH, IN
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

RECEIVED
JUN 06 2011
By______

Invoice Number: 201161-15
Invoice Date: 06/01/2011
**Total Due:** **$500.00**

To: LINDA LASANCE
LPS
3100 NEW YORK DR STE100
PASADENA, CA 91107

User Name LPSERVICES

Date Added: 07/01/2010 Date Removed:
Billing Period: May 2011

Please Return Upper Portion With Payment

| **Usage** | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 6,579 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$500.00** |

Invoice Number: 201161-15
Invoice Date: 06/01/2011

PAID
By______ PAID

NAR

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 05/24/2011 | LPSERVICES | 780 | 2 | | |
| 05/27/2011 | LPSERVICES | 267 | 1 | | |
| 05/05/2011 | LPSERVICES | 139 | 1 | | |
| 05/06/2011 | LPSERVICES | 234 | 1 | | |
| 05/02/2011 | LPSERVICES | 192 | 2 | | |
| 05/09/2011 | LPSERVICES | 140 | 1 | | |
| 05/13/2011 | LPSERVICES | 432 | 2 | | |
| 05/25/2011 | LPSERVICES | 258 | 1 | | |
| 05/31/2011 | LPSERVICES | 230 | 2 | | |
| 05/16/2011 | LPSERVICES | 442 | 1 | | |
| 05/23/2011 | LPSERVICES | 203 | 1 | | |
| 05/28/2011 | LPSERVICES | 387 | 1 | | |
| 05/03/2011 | LPSERVICES | 224 | 4 | | |
| 05/19/2011 | LPSERVICES | 284 | 3 | | |
| 05/21/2011 | LPSERVICES | 565 | 3 | | |
| 05/04/2011 | LPSERVICES | 92 | 2 | | |
| 05/14/2011 | LPSERVICES | 82 | 1 | | |
| 05/18/2011 | LPSERVICES | 185 | 2 | | |
| 05/10/2011 | LPSERVICES | 594 | 2 | | |
| 05/11/2011 | LPSERVICES | 411 | 3 | | |

**Laredo Billing Invoice**

From: ST JOSEPH
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

Invoice Number: 201171-15
Invoice Date: 07/01/2011
**Total Due: $500.00**

RECEIVED
JUL 12 2011
By________

To: LINDA LASANCE
LPS
3100 NEW YORK DR STE100
PASADENA, CA 91107

User Name LPSERVICES

Date Added: 07/01/2010 Date Removed:
Billing Period: June 2011

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 5,074 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$500.00** |

Invoice Number: 201171-15
Invoice Date: 07/01/2011

PAID
PAID
By________

NAR release 9/15/10

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 06/28/2011 | LPSERVICES | 466 | 2 | | |
| 06/10/2011 | LPSERVICES | 89 | 1 | | |
| 06/13/2011 | LPSERVICES | 464 | 1 | | |
| 06/07/2011 | LPSERVICES | 207 | 2 | | |
| 06/16/2011 | LPSERVICES | 595 | 1 | | |
| 06/11/2011 | LPSERVICES | 484 | 1 | | |
| 06/06/2011 | LPSERVICES | 257 | 1 | | |
| 06/21/2011 | LPSERVICES | 455 | 1 | | |
| 06/09/2011 | LPSERVICES | 251 | 2 | | |
| 06/17/2011 | LPSERVICES | 634 | 3 | | |
| 06/15/2011 | LPSERVICES | 132 | 1 | | |
| 06/27/2011 | LPSERVICES | 355 | 1 | | |
| 06/01/2011 | LPSERVICES | 166 | 1 | | |
| 06/03/2011 | LPSERVICES | 181 | 1 | | |
| 06/18/2011 | LPSERVICES | 338 | 1 | | |

**Laredo Billing Invoice**

From: ST JOSEPH IN
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

RECEIVED
AUG 05 2011
By

Invoice Number: 201181-14
Invoice Date: 08/01/2011
**Total Due: $500.00**

To: LINDA LASANCE
LPS
3100 NEW YORK DR STE100
PASADENA, CA 91107

PAID
PAID
By

User Name LPSERVICES

Date Added: 07/01/~~2010~~ Date Removed:
Billing Period: July 2011

Please Return Upper Portion With Payment

| **Usage** | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 3,660 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$500.00** |

Invoice Number: 201181-14
Invoice Date: 08/01/2011

NAR released 9/15/10

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 07/09/2011 | LPSERVICES | 177 | 1 | | |
| 07/26/2011 | LPSERVICES | 607 | 2 | | |
| 07/04/2011 | LPSERVICES | 82 | 2 | | |
| 07/22/2011 | LPSERVICES | 217 | 2 | | |
| 07/19/2011 | LPSERVICES | 180 | 1 | | |
| 07/27/2011 | LPSERVICES | 301 | 2 | | |
| 07/12/2011 | LPSERVICES | 157 | 1 | | |
| 07/08/2011 | LPSERVICES | 815 | 2 | | |
| 07/07/2011 | LPSERVICES | 352 | 2 | | |
| 07/01/2011 | LPSERVICES | 22 | 2 | | |
| 07/29/2011 | LPSERVICES | 142 | 1 | | |
| 07/20/2011 | LPSERVICES | 171 | 1 | | |
| 07/25/2011 | LPSERVICES | 10 | 1 | | |
| 07/28/2011 | LPSERVICES | 190 | 1 | | |
| 07/30/2011 | LPSERVICES | 237 | 1 | | |

**Laredo Billing Invoice**

RECEIVED MAR 08 REC'D

From: ST JOSEPH
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

Invoice Number: 201231-17
Invoice Date: 03/01/2012
**Total Due:** $500.00

PAID PAID

Page 1 of 2

To: MICHEAL HALL
LPS
3100 NEW YORK DR S100
PASADINA, CA 91107

User Name LPS01

Date Added: 11/07/2011 Date Removed:
Billing Period: February 2012

Please Return Upper Portion With Payment

| **Usage** | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 8,232 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$500.00** |

Invoice Number: 201231-17
Invoice Date: 03/01/2012

NAR

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 02/02/2012 | LPS01 | 195 | 4 | | |
| 02/18/2012 | LPS01 | 252 | 3 | | |
| 02/23/2012 | LPS01 | 300 | 1 | | |
| 02/25/2012 | LPS01 | 168 | 3 | | |
| 02/27/2012 | LPS01 | 266 | 1 | | |
| 02/26/2012 | LPS01 | 166 | 1 | | |
| 02/16/2012 | LPS01 | 562 | 5 | | |
| 02/01/2012 | LPS01 | 527 | 1 | | |
| 02/06/2012 | LPS01 | 313 | 1 | | |
| 02/15/2012 | LPS01 | 189 | 3 | | |
| 02/21/2012 | LPS01 | 147 | 2 | | |
| 02/28/2012 | LPS01 | 459 | 4 | | |
| 02/03/2012 | LPS01 | 247 | 2 | | |
| 02/20/2012 | LPS01 | 508 | 2 | | |
| 02/22/2012 | LPS01 | 675 | 3 | | |
| 02/24/2012 | LPS01 | 513 | 3 | | |
| 02/13/2012 | LPS01 | 605 | 1 | | |
| 02/14/2012 | LPS01 | 233 | 2 | | |
| 02/09/2012 | LPS01 | 432 | 4 | | |
| 02/10/2012 | LPS01 | 665 | 5 | | |

Laredo Billing Invoice

| | | | |
|---|---|---|---|
| 02/17/2012 | LPS01 | 328 | 3 |
| 02/29/2012 | LPS01 | 482 | 2 |

Page 2 of 2

03/01/2012 9:14 AM

Page 2

LPS09015

**Laredo Billing Invoice**

From: ST JOSEPH
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

Rush!

Invoice Number: 201242-18
Invoice Date: 04/02/2012
**Total Due:** **$500.00**

PAID
PAID
By____________

To: MICHEAL HALL
LPS
3100 NEW YORK DR S100
PASADINA, CA 91107

User Name LPS01

APR 20 2012

Date Added: 11/07/2011 Date Removed:
Billing Period: March 2012

Please Return Upper Portion With Payment

---

Invoice Number: 201242-18
Invoice Date: 04/02/2012

| **Usage** | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 1,422 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$500.00** |

NAR

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 03/07/2012 | LPS01 | 400 | 1 | | |
| 03/03/2012 | LPS01 | 176 | 2 | | |
| 03/05/2012 | LPS01 | 250 | 1 | | |
| 03/02/2012 | LPS01 | 213 | 2 | | |
| 03/06/2012 | LPS01 | 144 | 2 | | |
| 03/01/2012 | LPS01 | 239 | 1 | | |

**Laredo Billing Invoice**

From: ST JOSEPH
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

JUN 04 2012
By

Invoice Number: 201251-18
Invoice Date: 05/01/2012
**Total Due: $500.00**

User Name LPS01

To: MICHEAL HALL
LPS
3100 NEW YORK DR S100
PASADINA, CA 91107

Date Added: 11/07/2011 Date Removed:
Billing Period: April 2012

Please Return Upper Portion With Payment

Invoice Number: 201251-18
Invoice Date: 05/01/2012

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 0 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$500.00** |

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|

Attn: Linda
626 808 9025

Note: never rec'd this invoice.
Sent via fax 6/4/12 (LL)

**Laredo Billing Invoice**

From: ST JOSEPH
RECORDER
227 W JEFFERSON BLVD
ROOM 321
SOUTH BEND, IN 46601

PAID PAID

RECEIVED
JUN 04 2012
By

Invoice Number: 201261-18
Invoice Date: 06/01/2012
**Total Due:** $500.00

outstanding $500.00
$1000.00

User Name LPS01

To: MICHEAL HALL
LPS
3100 NEW YORK DR S100
PASADINA, CA 91107

Date Added: 11/07/2011 Date Removed:
Billing Period: ~~May~~ Apr 2012

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 0 | | |
| Max Minutes in Plan: | 10,000 | | $500.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $500.00 |
| **Printing** | Pages | | |
| Total Pages: | 0 | | |
| Printing Amount: | | | $0.00 |
| **Total Due:** | | | **$500.00** |

Invoice Number: 201261-18
Invoice Date: 06/01/2012

$500 outstanding Balance

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|

pay this amt

NAR

Note: Apr 2012 invoice never sent.

LL

06/01/2012 8:16 AM