

**VANDERBURGH COUNTY RECORDER**

**STATE OF INDIANA**

RM 231 CITY-COUNTY ADMINISTRATION BLDG.
1 N.W. M. L. KING JR., BOULEVARD
EVANSVILLE, IN 47708-1881
812-435-5218

August 2, 2010

PAID ~~PAID~~ PAID _Page 1 of 2_

LPS REAL ESTATE DATA SOLUTIONS INC
3100 NEW YORK DR
STE 100 IDM

To Whom It May Concern:

Enclosed is the billing statement for your total copies
made in the month of July.
Please pay the amount below on or before August 15th.

TOTAL:

| | | |
|---|---|---|
| JULY COPIES | 0 | |
| COMPUTER | 0 | |
| LAREDO SEPT | 250 | |
| LAREDO COPIES | 50 | |
| TOTAL: | $300.00 | NAR |

Laredo is a subscription service and we ask for payment one month in advance
for the subscription portion. Laredo copies will be paid monthly.
If you have any questions regarding your bill please contact Kelly @ 435-5669.

Thank You,

## Vanderburgh County Recorder's Office

LPS09064

**Laredo Billing Details**

VANDERBURGH

Report Criteria: ActivityMonth = 07 And ActivityYear = "2010"

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added: 07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|--------------|---------------|-----------------|-----------------|
| 07/23/2010 | Laredo Usage | 1 | | | |
| 07/28/2010 | Laredo Print | | 2 | $2.00 | 1977R00011381 |
| 07/28/2010 | Laredo Print | | 2 | $2.00 | 1977R00011381 |
| 07/28/2010 | Laredo Print | | 2 | $2.00 | 1977R00011381 |
| 07/28/2010 | Laredo Print | | 5 | $5.00 | 1993R00010925 |
| 07/28/2010 | Laredo Print | | 4 | $4.00 | 2000R00031221 |
| 07/28/2010 | Laredo Print | | 4 | $4.00 | 2000R00031221 |
| 07/28/2010 | Laredo Print | | 2 | $2.00 | 2009R00000453 |
| 07/28/2010 | Laredo Usage | 28 | | | |
| 07/28/2010 | Laredo Print | | 3 | $3.00 | 2009R00019688 |
| 07/28/2010 | Laredo Print | | 16 | $16.00 | 2010R00016575 |
| 07/28/2010 | Laredo Print | | 10 | $10.00 | 2009R00029515 |
| 07/28/2010 | Laredo Usage | 19 | | | |
| 07/28/2010 | Laredo Usage | 1 | | | |
| 07/28/2010 | Laredo Usage | 7 | | | |

| | | | |
|--|--|--|--|
| User Name: | SN3749R | | |
| Laredo Usage | 56 Minutes  0 Minutes Over | $250.00 | |
| Laredo Print: | 50 Pages | $50.00 | |
| Public Print: | 0 Pages | $0.00 | |
| Public Results Print: | 0 Pages | $0.00 | |
| Total: | | $300.00 | |

LPS09065



**VANDERBURGH COUNTY RECORDER**

**STATE OF INDIANA**

RM 231 CITY-COUNTY ADMINISTRATION BLDG.
1 N.W. M. L. KING JR., BOULEVARD
Evansville, IN 47708-1881
812-435-5218

September 2, 2010

*Page 1 of 3*

LPS REAL ESTATE DATA SOLUTIONS INC
3100 NEW YORK DR
STE 100 IDM

PAID — PAID

*Vanderburgh IN*

To Whom It May Concern:

*Rush!*

Enclosed is the billing statement for your total copies
made in the <u>month of August,</u>
Please pay the amount below on or before September 15th.

TOTAL:

| | |
|---|---|
| AUG COPIES | 0 |
| COMPUTER | 0 |
| LAREDO OCT | 250 |
| LAREDO COPIES | 0 |
| TOTAL: | $250.00 |

*— NAR*

Laredo is a subscription service and we ask for payment one month in advance
for the subscription portion. Laredo copies will be paid monthly.
If you have any questions regarding your bill please contact Kelly @ 435-5669.

Thank You,

**Vanderburgh County Recorder's Office**

LPS09069

**Laredo Billing Details**

VANDERBURGH

Report Criteria: ActivityMonth = 8 And ActivityYear = "2010"

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:    07/01/2010
Date Removed:

SEP 06 2010

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|-------------:|---------------|-----------------|-----------------|
| 08/09/2010 | Laredo Usage | 52 | | | |
| 08/09/2010 | Laredo Usage | 71 | | | |
| 08/10/2010 | Laredo Usage | 244 | | | |
| 08/10/2010 | Laredo Usage | 167 | | | |
| 08/11/2010 | Laredo Usage | 1 | | | |
| 08/11/2010 | Laredo Usage | 135 | | | |
| 08/13/2010 | Laredo Usage | 5 | | | |
| 08/13/2010 | Laredo Usage | 53 | | | |
| 08/13/2010 | Laredo Usage | 58 | | | |
| 08/18/2010 | Laredo Usage | 11 | | | |
| 08/18/2010 | Laredo Usage | 73 | | | |
| 08/19/2010 | Laredo Usage | 17 | | | |
| 08/19/2010 | Laredo Usage | 23 | | | |
| 08/19/2010 | Laredo Usage | 77 | | | |
| 08/19/2010 | Laredo Usage | 19 | | | |
| 08/19/2010 | Laredo Usage | 15 | | | |
| 08/19/2010 | Laredo Usage | 28 | | | |
| 08/20/2010 | Laredo Usage | 73 | | | |
| 08/21/2010 | Laredo Usage | 55 | | | |
| 08/23/2010 | Laredo Usage | 120 | | | |
| 08/23/2010 | Laredo Usage | 80 | | | |
| 08/23/2010 | Laredo Usage | 19 | | | |
| 08/24/2010 | Laredo Usage | 23 | | | |
| 08/24/2010 | Laredo Usage | 4 | | | |
| 08/24/2010 | Laredo Usage | 7 | | | |
| 08/24/2010 | Laredo Usage | 57 | | | |
| 08/24/2010 | Laredo Usage | 49 | | | |
| 08/24/2010 | Laredo Usage | 7 | | | |
| 08/24/2010 | Laredo Usage | 8 | | | |
| 08/25/2010 | Laredo Usage | 21 | | | |
| 08/25/2010 | Laredo Usage | 8 | | | |
| 08/25/2010 | Laredo Usage | 11 | | | |
| 08/25/2010 | Laredo Usage | 131 | | | |
| 08/25/2010 | Laredo Usage | 57 | | | |
| 08/25/2010 | Laredo Usage | 18 | | | |
| 08/25/2010 | Laredo Usage | 9 | | | |
| 08/25/2010 | Laredo Usage | 11 | | | |
| 08/25/2010 | Laredo Usage | 35 | | | |
| 08/25/2010 | Laredo Usage | 11 | | | |
| 08/25/2010 | Laredo Usage | 49 | | | |
| 08/25/2010 | Laredo Usage | 71 | | | |
| 08/25/2010 | Laredo Usage | 15 | | | |
| 08/26/2010 | Laredo Usage | 19 | | | |
| 08/26/2010 | Laredo Usage | 11 | | | |
| 08/27/2010 | Laredo Usage | 11 | | | |
| 08/27/2010 | Laredo Usage | 73 | | | |

LPS09070

**Laredo Billing Details**

VANDERBURGH

Report Criteria: ActivityMonth = 8 And ActivityYear = "2010"

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:      07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|--------------|---------------|-----------------|-----------------|
| 08/27/2010 | Laredo Usage | 17 | | | |
| 08/27/2010 | Laredo Usage | 79 | | | |
| 08/27/2010 | Laredo Usage | 19 | | | |
| 08/27/2010 | Laredo Usage | 15 | | | |
| 08/27/2010 | Laredo Usage | 83 | | | |
| 08/27/2010 | Laredo Usage | 13 | | | |
| 08/28/2010 | Laredo Usage | 49 | | | |
| 08/28/2010 | Laredo Usage | 37 | | | |
| 08/30/2010 | Laredo Usage | 288 | | | |
| 08/30/2010 | Laredo Usage | 5 | | | |
| 08/30/2010 | Laredo Usage | 33 | | | |
| 08/30/2010 | Laredo Usage | 172 | | | |
| 08/31/2010 | Laredo Usage | 37 | | | |
| 08/31/2010 | Laredo Usage | 39 | | | |
| 08/31/2010 | Laredo Usage | 21 | | | |
| 08/31/2010 | Laredo Usage | 37 | | | |

| User Name: | SN3749R | | |
|------------|---------|--|--|
| Laredo Usage | 3,056 Minutes  0 Minutes Over | $250.00 | |
| Laredo Print: | 0 Pages | $0.00 | |
| Public Print: | 0 Pages | $0.00 | |
| Public Results Print: | 0 Pages | $0.00 | |
| Total: | | $250.00 | |

LPS09071



**VANDERBURGH COUNTY RECORDER**

**STATE OF INDIANA**

Rm 231 City-County Administration Bldg.
1 N.W. M. L. King Jr., Boulevard
Evansville, IN 47708-1881
812-435-5218



   PAID ≡≡ ≡≡ PAID

October 1, 2010


RECEIVED
OCT 07 2010
By____

LPS REAL ESTATE DATA SOLUTIONS INC
3100 NEW YORK DR
STE 100 IDM

To Whom It May Concern:

Enclosed is the billing statement for your total copies
made in the month of September.
Please pay the amount below on or before October 15th.

TOTAL:

| | |
|---|---|
| SEPT COPIES | 0 |
| COMPUTER | 0 |
| LAREDO NOV | 250 |
| LAREDO COPIES | 0 |
| TOTAL: | $250.00 |

*NAR*

Laredo is a subscription service and we ask for payment one month in advance
for the subscription portion. Laredo copies will be paid monthly.
If you have any questions regarding your bill please contact Kelly @ 435-5669.

Thank You,

## Vanderburgh County Recorder's Office

# Laredo Billing Details

VANDERBURGH

Report Criteria: ActivityMonth = 9 And ActivityYear = "2010"

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:     07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|--------------|---------------|-----------------|-----------------|
| 09/01/2010 | Laredo Usage | 2 | | | |
| 09/01/2010 | Laredo Usage | 11 | | | |
| 09/02/2010 | Laredo Usage | 2 | | | |
| 09/02/2010 | Laredo Usage | 3 | | | |
| 09/02/2010 | Laredo Usage | 12 | | | |
| 09/02/2010 | Laredo Usage | 100 | | | |
| 09/02/2010 | Laredo Usage | 138 | | | |
| 09/02/2010 | Laredo Usage | 15 | | | |
| 09/03/2010 | Laredo Usage | 20 | | | |
| 09/03/2010 | Laredo Usage | 5 | | | |
| 09/03/2010 | Laredo Usage | 67 | | | |
| 09/03/2010 | Laredo Usage | 65 | | | |
| 09/04/2010 | Laredo Usage | 67 | | | |
| 09/04/2010 | Laredo Usage | 37 | | | |
| 09/04/2010 | Laredo Usage | 21 | | | |
| 09/06/2010 | Laredo Usage | 353 | | | |
| 09/06/2010 | Laredo Usage | 106 | | | |
| 09/06/2010 | Laredo Usage | 3 | | | |
| 09/06/2010 | Laredo Usage | 62 | | | |
| 09/06/2010 | Laredo Usage | 3 | | | |
| 09/06/2010 | Laredo Usage | 15 | | | |
| 09/06/2010 | Laredo Usage | 21 | | | |
| 09/06/2010 | Laredo Usage | 35 | | | |
| 09/07/2010 | Laredo Usage | 23 | | | |
| 09/07/2010 | Laredo Usage | 87 | | | |
| 09/08/2010 | Laredo Usage | 66 | | | |
| 09/08/2010 | Laredo Usage | 53 | | | |
| 09/08/2010 | Laredo Usage | 22 | | | |
| 09/08/2010 | Laredo Usage | 2 | | | |
| 09/10/2010 | Laredo Usage | 41 | | | |
| 09/10/2010 | Laredo Usage | 16 | | | |
| 09/10/2010 | Laredo Usage | 63 | | | |
| 09/12/2010 | Laredo Usage | 47 | | | |
| 09/12/2010 | Laredo Usage | 55 | | | |
| 09/13/2010 | Laredo Usage | 64 | | | |
| 09/13/2010 | Laredo Usage | 50 | | | |
| 09/13/2010 | Laredo Usage | 31 | | | |
| 09/13/2010 | Laredo Usage | 31 | | | |
| 09/13/2010 | Laredo Usage | 7 | | | |
| 09/13/2010 | Laredo Usage | 11 | | | |
| 09/13/2010 | Laredo Usage | 13 | | | |
| 09/13/2010 | Laredo Usage | 5 | | | |
| 09/14/2010 | Laredo Usage | 29 | | | |
| 09/14/2010 | Laredo Usage | 84 | | | |
| 09/14/2010 | Laredo Usage | 3 | | | |
| 09/14/2010 | Laredo Usage | 14 | | | |

10/01/2010  8:29 AM

LPS09076

**Laredo Billing Details**

*VANDERBURGH*

Report Criteria: ActivityMonth = 9 And ActivityYear = "2010"

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:     07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|-------------|---------------|-----------------|-----------------|
| 09/14/2010 | Laredo Usage | 15 | | | |
| 09/14/2010 | Laredo Usage | 51 | | | |
| 09/14/2010 | Laredo Usage | 5 | | | |
| 09/14/2010 | Laredo Usage | 11 | | | |
| 09/15/2010 | Laredo Usage | 111 | | | |
| 09/15/2010 | Laredo Usage | 49 | | | |
| 09/15/2010 | Laredo Usage | 43 | | | |
| 09/15/2010 | Laredo Usage | 25 | | | |
| 09/16/2010 | Laredo Usage | 113 | | | |
| 09/16/2010 | Laredo Usage | 13 | | | |
| 09/16/2010 | Laredo Usage | 1 | | | |
| 09/16/2010 | Laredo Usage | 27 | | | |
| 09/16/2010 | Laredo Usage | 16 | | | |
| 09/17/2010 | Laredo Usage | 3 | | | |
| 09/17/2010 | Laredo Usage | 2 | | | |
| 09/17/2010 | Laredo Usage | 19 | | | |
| 09/17/2010 | Laredo Usage | 64 | | | |
| 09/17/2010 | Laredo Usage | 7 | | | |
| 09/17/2010 | Laredo Usage | 5 | | | |
| 09/17/2010 | Laredo Usage | 6 | | | |
| 09/17/2010 | Laredo Usage | 19 | | | |
| 09/18/2010 | Laredo Usage | 408 | | | |
| 09/18/2010 | Laredo Usage | 2 | | | |
| 09/20/2010 | Laredo Usage | 29 | | | |
| 09/21/2010 | Laredo Usage | 458 | | | |
| 09/22/2010 | Laredo Usage | 57 | | | |
| 09/22/2010 | Laredo Usage | 39 | | | |
| 09/22/2010 | Laredo Usage | 51 | | | |
| 09/23/2010 | Laredo Usage | 10 | | | |
| 09/23/2010 | Laredo Usage | 136 | | | |
| 09/24/2010 | Laredo Usage | 116 | | | |
| 09/24/2010 | Laredo Usage | 43 | | | |
| 09/24/2010 | Laredo Usage | 117 | | | |
| 09/24/2010 | Laredo Usage | 139 | | | |
| 09/26/2010 | Laredo Usage | 417 | | | |
| 09/27/2010 | Laredo Usage | 109 | | | |
| 09/27/2010 | Laredo Usage | 284 | | | |
| 09/30/2010 | Laredo Usage | 215 | | | |
| 09/30/2010 | Laredo Usage | 119 | | | |
| 09/30/2010 | Laredo Usage | 3 | | | |
| 09/30/2010 | Laredo Usage | 56 | | | |
| 09/30/2010 | Laredo Usage | 34 | | | |
| 09/30/2010 | Laredo Usage | 92 | | | |

LPS09077

**Laredo Billing Details**

VANDERBURGH

Report Criteria: ActivityMonth = 9 And ActivityYear = "2010"

| User Name: | SN3749R | |
|---|---|---|
| Laredo Usage | 5,519 Minutes  0 Minutes Over | $250.00 |
| Laredo Print: | 0 Pages | $0.00 |
| Public Print: | 0 Pages | $0.00 |
| Public Results Print: | 0 Pages | $0.00 |
| Total: | | $250.00 |

LPS09078

**VANDERBURGH**
Invoice By Fee

**LPS REAL ESTATE DATA SOLUTIONS INC**

39 lot 3

RECEIVED
JUN 06 2011
By

Vanderburgh IN

Thank you for your payments.

| | |
|---|---|
| 2/15/2011 | 250.00 |
| 3/14/2011 | 250.00 |
| 4/14/2011 | 250.00 |
| 5/23/2011 | 250.00 |
| Total: | 1,000.00 |

---

| Tender Date | TxID | Document No | DocType | Fee Type | Amount | Party |
|---|---|---|---|---|---|---|
| 6/1/2011 12 | 159646 | 96096 | | LAREDO FEES--*May* | 250.00 | |

Amount Tendered:     250.00
Amount Paid:     0.00     Amount Due:     250.00



Total Amount Due:     250.00

NAR

LPS REAL ESTATE DATA SOLUTIONS INC

Z TULEY
RECORDER
ROOM 231 CITY CTY ADMIN BLDG
1 NW ML KING JR BLVD
EVANSVILLE IN 47708-1881

Laredo Billing Details

VANDERBURGH

Report Criteria: ActivityMonth = 5 And ActivityYear = "2011"



RECEIVED
JUN 06 2011
By.



SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added: 0?/?5/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|------|------|------|------|
| 05/01/2011 | Laredo Usage | 238 | | | |
| 05/02/2011 | Laredo Usage | 97 | | | |
| 05/02/2011 | Laredo Usage | 116 | | | |
| 05/03/2011 | Laredo Usage | 6 | | | |
| 05/03/2011 | Laredo Usage | 6 | | | |
| 05/04/2011 | Laredo Usage | 350 | | | |
| 05/04/2011 | Laredo Usage | 177 | | | |
| 05/04/2011 | Laredo Usage | 19 | | | |
| 05/04/2011 | Laredo Usage | 118 | | | |
| 05/05/2011 | Laredo Usage | 13 | | | |
| 05/05/2011 | Laredo Usage | 8 | | | |
| 05/05/2011 | Laredo Usage | 6 | | | |
| 05/05/2011 | Laredo Usage | 6 | | | |
| 05/05/2011 | Laredo Usage | 41 | | | |
| 05/05/2011 | Laredo Usage | 5 | | | |
| 05/05/2011 | Laredo Usage | 215 | | | |
| 05/08/2011 | Laredo Usage | 124 | | | |
| 05/09/2011 | Laredo Usage | 3 | | | |
| 05/09/2011 | Laredo Usage | 7 | | | |
| 05/09/2011 | Laredo Usage | 7 | | | |
| 05/09/2011 | Laredo Usage | 218 | | | |
| 05/10/2011 | Laredo Usage | 68 | | | |
| 05/11/2011 | Laredo Usage | 455 | | | |
| 05/12/2011 | Laredo Usage | 43 | | | |
| 05/12/2011 | Laredo Usage | 293 | | | |
| 05/12/2011 | Laredo Usage | 92 | | | |
| 05/12/2011 | Laredo Usage | 173 | | | |
| 05/13/2011 | Laredo Usage | 95 | | | |
| 05/14/2011 | Laredo Usage | 90 | | | |
| 05/14/2011 | Laredo Usage | 15 | | | |
| 05/14/2011 | Laredo Usage | 226 | | | |
| 05/14/2011 | Laredo Usage | 56 | | | |
| 05/17/2011 | Laredo Usage | 36 | | | |
| 05/17/2011 | Laredo Usage | 213 | | | |
| 05/19/2011 | Laredo Usage | 44 | | | |
| 05/19/2011 | Laredo Usage | 186 | | | |
| 05/19/2011 | Laredo Usage | 302 | | | |
| 05/21/2011 | Laredo Usage | 66 | | | |
| 05/21/2011 | Laredo Usage | 3 | | | |
| 05/23/2011 | Laredo Usage | 211 | | | |
| 05/23/2011 | Laredo Usage | 46 | | | |
| 05/24/2011 | Laredo Usage | 331 | | | |
| 05/25/2011 | Laredo Usage | 48 | | | |
| 05/26/2011 | Laredo Usage | 461 | | | |
| 05/26/2011 | Laredo Usage | 69 | | | |
| 05/27/2011 | Laredo Usage | 116 | | | |

06/01/2011  8:27 AM

LPS09125

**Laredo Billing Details**

VANDERBURGH

Report Criteria: ActivityMonth = 5 And ActivityYear = "2011"

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:   07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|-------------|---------------|-----------------|-----------------|
| 05/28/2011 | Laredo Usage | 419 | | | |
| 05/30/2011 | Laredo Usage | 475 | | | |
| 05/31/2011 | Laredo Usage | 124 | | | |
| 05/31/2011 | Laredo Usage | 20 | | | |
| 05/31/2011 | Laredo Usage | 253 | | | |

| | | | | |
|--|--|--|--|--|
| User Name: | SN3749R | | | |
| Laredo Usage | 6,809 Minutes  0 Minutes Over | | $250.00 | |
| Laredo Print: | 0 Pages | | $0.00 | |
| Public Print: | 0 Pages | | $0.00 | |
| Public Results Print: | 0 Pages | | $0.00 | |
| Total: | | | $250.00 | |

RECEIVED JUN 06 2011 By

LPS09126

**VANDERBURGH**
Invoice By Fee

**LPS REAL ESTATE DATA SOLUTIONS INC**

*Vanderburgh IN*

RECEIVED
JUL 0 8 2011
By _____

Thank you for your payments.

| | |
|---|---:|
| 2/15/2011 | 250.00 |
| 3/14/2011 | 250.00 |
| 4/14/2011 | 250.00 |
| 5/23/2011 | 250.00 |
| 6/15/2011 | 250.00 |
| **Total:** | **1,250.00** |

*Past 1077*

| Tender Date | TxID | Document No | DocType | Fee Type | Amount | Party |
|---|---|---|---|---|---|---|
| 7/1/2011 12 | 161058 | 96326 | | LAREDO FEES | 250.00 | |

Amount Tendered:      250.00
Amount Paid:      0.00          Amount Due:    250.00

**Total Amount Due:       250.00**

PAID

PAID

*NAR*

*released 9/13/10*

LPS REAL ESTATE DATA SOLUTIONS INC

Z. TULEY
RECORDER
ROOM 231 CITY CTY ADMIN BLDG
1 NW ML KING JR BLVD
EVANSVILLE IN 47708-1881

**Laredo Billing Details**

VANDERBURGH

Report Criteria: ActivityMonth = 6 And ActivityYear = "2011"



SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:     07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|--------------|---------------|-----------------|-----------------|
| 06/01/2011 | Laredo Usage | 9 | | | |
| 06/02/2011 | Laredo Usage | 461 | | | |
| 06/03/2011 | Laredo Usage | 83 | | | |
| 06/03/2011 | Laredo Usage | 7 | | | |
| 06/04/2011 | Laredo Usage | 280 | | | |
| 06/06/2011 | Laredo Usage | 85 | | | |
| 06/08/2011 | Laredo Usage | 240 | | | |
| 06/08/2011 | Laredo Usage | 12 | | | |
| 06/08/2011 | Laredo Usage | 19 | | | |
| 06/09/2011 | Laredo Usage | 213 | | | |
| 06/17/2011 | Laredo Usage | 57 | | | |
| 06/18/2011 | Laredo Usage | 22 | | | |
| 06/18/2011 | Laredo Usage | 51 | | | |
| 06/27/2011 | Laredo Usage | 112 | | | |
| 06/28/2011 | Laredo Usage | 119 | | | |
| 06/28/2011 | Laredo Usage | 182 | | | |
| 06/30/2011 | Laredo Usage | 33 | | | |
| 06/30/2011 | Laredo Usage | 6 | | | |
| 06/30/2011 | Laredo Usage | 129 | | | |
| 06/30/2011 | Laredo Usage | 6 | | | |
| 06/30/2011 | Laredo Usage | 166 | | | |

| User Name: | SN3749R | |
|------------|---------|-----|
| Laredo Usage | 2,292 Minutes  0 Minutes Over | $250.00 |
| Laredo Print: | 0 Pages | $0.00 |
| Public Print: | 0 Pages | $0.00 |
| Public Results Print: | 0 Pages | $0.00 |
| Total: | | $250.00 |

LPS09131

**VANDERBURGH**
**Invoice By Fee**

### LPS REAL ESTATE DATA SOLUTIONS INC

*RECEIVED AUG 0 4 2011 By ____*

**Thank you for your payments.**

| | |
|---|---|
| 2/15/2011 | 250.00 |
| 3/14/2011 | 250.00 |
| 4/14/2011 | 250.00 |
| 5/23/2011 | 250.00 |
| 6/15/2011 | 250.00 |
| 7/15/2011 | 250.00 |
| **Total:** | **1,500.00** |

| Tender Date | TxID | Document No | DocType | Fee Type | Amount | Party |
|---|---|---|---|---|---|---|
| 8/1/2011 12 | 162400 | 96542 | | LAREDO FEES | 250.00 | |

| | | | |
|---|---|---|---|
| Amount Tendered: | 250.00 | | |
| Amount Paid: | 0.00 | Amount Due: | 250.00 |

| **Total Amount Due:** | **250.00** |
|---|---|

*PAID By ____*

R- 9/13/10

LPS REAL ESTATE DATA SOLUTIONS INC

**Z TULEY**
**RECORDER**
ROOM 231 CITY CTY ADMIN BLDG
1 NW ML KING JR BLVD
EVANSVILLE IN 47708-1881

LPS09135

**Laredo Billing Details**

VANDERBURGH

Report Criteria: ActivityMonth = 7 And ActivityYear = "2011"



RECEIVED
AUG 0 4 2011
By _____

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:   07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|-------------|---------------|-----------------|-----------------|
| 07/01/2011 | Laredo Usage | 4 | | | |
| 07/01/2011 | Laredo Usage | 47 | | | |
| 07/04/2011 | Laredo Usage | 129 | | | |
| 07/04/2011 | Laredo Usage | 2 | | | |
| 07/04/2011 | Laredo Usage | 6 | | | |
| 07/05/2011 | Laredo Usage | 130 | | | |
| 07/05/2011 | Laredo Usage | 43 | | | |
| 07/05/2011 | Laredo Usage | 53 | | | |
| 07/05/2011 | Laredo Usage | 124 | | | |
| 07/06/2011 | Laredo Usage | 427 | | | |
| 07/08/2011 | Laredo Usage | 3 | | | |
| 07/09/2011 | Laredo Usage | 140 | | | |
| 07/13/2011 | Laredo Usage | 459 | | | |
| 07/14/2011 | Laredo Usage | 105 | | | |
| 07/14/2011 | Laredo Usage | 359 | | | |
| 07/15/2011 | Laredo Usage | 282 | | | |
| 07/15/2011 | Laredo Usage | 7 | | | |
| 07/20/2011 | Laredo Usage | 112 | | | |
| 07/20/2011 | Laredo Usage | 9 | | | |
| 07/20/2011 | Laredo Usage | 271 | | | |
| 07/20/2011 | Laredo Usage | 192 | | | |
| 07/25/2011 | Laredo Usage | 335 | | | |
| 07/25/2011 | Laredo Usage | 6 | | | |
| 07/27/2011 | Laredo Usage | 155 | | | |
| 07/27/2011 | Laredo Usage | 65 | | | |
| 07/27/2011 | Laredo Usage | 173 | | | |
| 07/27/2011 | Laredo Usage | 33 | | | |
| 07/28/2011 | Laredo Usage | 7 | | | |
| 07/28/2011 | Laredo Usage | 93 | | | |
| 07/28/2011 | Laredo Usage | 6 | | | |
| 07/28/2011 | Laredo Usage | 227 | | | |
| 07/29/2011 | Laredo Usage | 154 | | | |

| User Name: | SN3749R | |
|------------|---------|---|
| Laredo Usage | 4,158 Minutes  0 Minutes Over | $250.00 |
| Laredo Print: | 0 Pages | $0.00 |
| Public Print: | 0 Pages | $0.00 |
| Public Results Print: | 0 Pages | $0.00 |
| Total: | | $250.00 |

LPS09136

VANDERBURGH , IN
Invoice By Fee

### LPS REAL ESTATE DATA SOLUTIONS INC



**Thank you for your payments.**

| | |
|---|---|
| 2/15/2011 | 250.00 |
| 3/14/2011 | 250.00 |
| 4/14/2011 | 250.00 |
| 5/23/2011 | 250.00 |
| 6/15/2011 | 250.00 |
| 7/15/2011 | 250.00 |
| 8/15/2011 | 250.00 |
| 9/15/2011 | 250.00 |
| 10/14/2011 | 252.00 |
| 11/15/2011 | 250.00 |
| 12/12/2011 | 250.00 |
| 1/18/2012 | 250.00 |
| 2/13/2012 | 250.00 |
| 3/12/2012 | 250.00 |
| 4/19/2012 | 250.00 |
| 5/14/2012 | 250.00 |
| **Total:** | **4,002.00** |

RECEIVED JUN 08 2012 By____

PAID

Pg 1 of 2

| Tender Date | TxID | Document No | DocType | Fee Type | Amount | Party |
|---|---|---|---|---|---|---|
| 6/1/2012 12 | 177505 | 98806 | | LAREDO FEES | 250.00 | |

| | | |
|---|---|---|
| Amount Tendered: | 250.00 | |
| Amount Paid: | 0.00 | Amount Due: 250.00 |
| **Total Amount Due:** | **250.00** | |

NAR

LPS REAL ESTATE DATA SOLUTIONS INC

**Z TULEY**
**RECORDER**
ROOM 231 CITY CTY ADMIN BLDG
1 NW ML KING JR BLVD
EVANSVILLE IN 47708-1881

LPS09190

**Laredo Billing Details**

VANDERBURGH

Report Criteria: ActivityMonth = 5 And ActivityYear = "2012"

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:     07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|--------------|---------------|-----------------|-----------------|
| 05/01/2012 | Laredo Usage | 179 | | | |
| 05/01/2012 | Laredo Usage | 98 | | | |
| 05/01/2012 | Laredo Usage | 79 | | | |
| 05/01/2012 | Laredo Usage | 7 | | | |
| 05/02/2012 | Laredo Usage | 282 | | | |
| 05/02/2012 | Laredo Usage | 38 | | | |
| 05/03/2012 | Laredo Usage | 483 | | | |
| 05/04/2012 | Laredo Usage | 493 | | | |
| 05/04/2012 | Laredo Usage | 6 | | | |
| 05/04/2012 | Laredo Usage | 38 | | | |
| 05/05/2012 | Laredo Usage | 440 | | | |
| 05/07/2012 | Laredo Usage | 6 | | | |
| 05/07/2012 | Laredo Usage | 30 | | | |
| 05/07/2012 | Laredo Usage | 19 | | | |
| 05/08/2012 | Laredo Usage | 161 | | | |
| 05/09/2012 | Laredo Usage | 426 | | | |
| 05/09/2012 | Laredo Usage | 90 | | | |

| | | | |
|------|------|------|------|
| User Name: | SN3749R | | |
| Laredo Usage | 2,875 Minutes  0 Minutes Over | $250.00 | |
| Laredo Print: | 0 Pages | $0.00 | |
| Public Print: | 0 Pages | $0.00 | |
| Public Results Print: | 0 Pages | $0.00 | |
| Total: | | $250.00 | |

LPS09191

### LPS REAL ESTATE DATA SOLUTIONS INC

Pue lo7

**Thank you for your payments.**

| | |
|---|---|
| 2/15/2011 | 250.00 |
| 3/14/2011 | 250.00 |
| 4/14/2011 | 250.00 |
| 5/23/2011 | 250.00 |
| 6/15/2011 | 250.00 |
| 7/15/2011 | 250.00 |
| 8/15/2011 | 250.00 |
| 9/15/2011 | 250.00 |
| 10/14/2011 | 252.00 |
| 11/15/2011 | 250.00 |
| 12/12/2011 | 250.00 |
| 1/18/2012 | 250.00 |
| 2/13/2012 | 250.00 |
| 3/12/2012 | 250.00 |
| 4/19/2012 | 250.00 |
| 5/14/2012 | 250.00 |
| 6/15/2012 | 250.00 |
| **Total:** | **4,252.00** |


PAID

| Tender Date | TxID | Document No. | DocType | Fee Type | Amount | Party |
|---|---|---|---|---|---|---|
| 7/2/2012 12 | 179071 | 99033 | | LAREDO FEES | 250.00 | |

| | | | |
|---|---|---|---|
| Amount Tendered: | 250.00 | | |
| Amount Paid: | 0.00 | Amount Due: | 250.00 |

| Total Amount Due: | 250.00 |
|---|---|

LPS REAL ESTATE DATA SOLUTIONS INC

**Z TULEY**
**RECORDER**
ROOM 231 CITY CTY ADMIN BLDG
1 NW ML KING JR BLVD
EVANSVILLE IN 47708-1881

LPS09195

**Laredo Billing Details**

VANDERBURGH

Report Criteria: ActivityMonth = 6 And ActivityYear = "2012"

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:     07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|--------------|---------------|-----------------|-----------------|
| User Name: | SN3749R | | | | |
| Laredo Usage | 0 Minutes 0 Minutes Over | | $250.00 | | |
| Laredo Print: | 0 Pages | | $0.00 | | |
| Public Print: | 0 Pages | | $0.00 | | |
| Public Results Print: | 0 Pages | | $0.00 | | |
| Total: | | | $250.00 | | |

07/02/2012  9:35 AM

Page 1

LPS09196

VANDERBURGH *IN*
Invoice By Fee

LPS REAL ESTATE DATA SOLUTIONS INC



**Thank you for your payments.**

PAID ≡≡ PAID

| | |
|---|---|
| 2/15/2011 | 250.00 |
| 3/14/2011 | 250.00 |
| 4/14/2011 | 250.00 |
| 5/23/2011 | 250.00 |
| 6/15/2011 | 250.00 |
| 7/15/2011 | 250.00 |
| 8/15/2011 | 250.00 |
| 9/15/2011 | 250.00 |
| 10/14/2011 | 252.00 |
| 11/15/2011 | 250.00 |
| 12/12/2011 | 250.00 |
| 1/18/2012 | 250.00 |
| 2/13/2012 | 250.00 |
| 3/12/2012 | 250.00 |
| 4/19/2012 | 250.00 |
| 5/14/2012 | 250.00 |
| 6/15/2012 | 250.00 |
| 7/19/2012 | 250.00 |
| **Total:** | **4,502.00** |

| Tender Date | TxID | Document No | DocType | Fee Type | Amount | Party |
|---|---|---|---|---|---|---|
| 8/1/2012 12 | 180596 | 99261 | | LAREDO FEES | 250.00 | |

| | |
|---|---|
| Amount Tendered: | 250.00 |
| Amount Paid: | 0.00 |
| Amount Due: | 250.00 |

**Total Amount Due:    250.00**

*NAR*

LPS REAL ESTATE DATA SOLUTIONS INC

**Z TULEY**
**RECORDER**
ROOM 231 CITY CTY ADMIN BLDG
1 NW ML KING JR BLVD
EVANSVILLE IN 47708-1881

LPS09200

Laredo Billing Details

VANDERBURGH

Report Criteria: ActivityMonth = 7 And ActivityYear = "2012"

SUSAN NOTO
LPS
3100 NEW YORK DR STE 100 IDM
PASADENA, CA 91107

Date Added:     07/01/2010
Date Removed:

| Date | Type | Minutes Used | Pages Printed | Printing Amount | Document Number |
|------|------|-------------|---------------|-----------------|-----------------|
| User Name: | SN3749R | | | | |
| Laredo Usage | 0 Minutes 0 Minutes Over | | $250.00 | | |
| Laredo Print: | 0 Pages | | $0.00 | | |
| Public Print: | 0 Pages | | $0.00 | | |
| Public Results Print: | 0 Pages | | $0.00 | | |
| Total: | | | $250.00 | | |

LPS09201