**Laredo Billing Invoice**

From: DELAWARE COUNTY RECORDER
100 W MAIN STREET, ROOM 209
MUNCIE, IN 47305

Invoice Number: 201082-34
Invoice Date: 08/02/2010
**Total Due:** **$285.00**

To: SUSAN NOTO
LPS REAL ESTATE DATA SOLUTIONS
3100 NEW YORK DR STE #100
PASADENA, CA 91107

PAID  PAID

User Name: LENDERPS

Date Added: 06/28/2010  Date Removed:
Billing Period: July 2010

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount | |
|---|---|---|---|---|
| Total Minutes Used: | 28 | | | Invoice Number: 201082-34 |
| Max Minutes in Plan: | 10,000 | | $250.00 | Invoice Date: 08/02/2010 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 | |
| Usage Amount: | | | $250.00 | |

| Printing | Pages | | |
|---|---|---|---|
| Total Pages: | 35 | | |
| Printing Amount: | | | $35.00 |
| **Total Due:** | | | **$285.00** |

— NAR

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 07/23/2010 | LENDERPS | 1 | 1 | | |
| 07/28/2010 | LENDERPS | | | 35 | $35.00 |
| 07/28/2010 | LENDERPS | 27 | 2 | | |

LPS07835

*Delaware IN*

**Laredo Billing Invoice**

| | |
|---|---|
| From: | DELAWARE COUNTY RECORDER<br>100 W MAIN STREET, ROOM 209<br>MUNCIE, IN 47305 |

Invoice Number: 201092-34
Invoice Date: 09/02/2010
**Total Due:** **$251.00**

To: SUSAN NOTO
LPS REAL ESTATE DATA SOLUTIONS
3100 NEW YORK DR STE #100
PASADENA, CA 91107

PAID    PAID

User Name: LENDERPS

Date Added: 06/28/2010  Date Removed:
Billing Period: August 2010

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 2,140 | | |
| Max Minutes in Plan: | 10,000 | | $250.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $250.00 |
| **Printing** | **Pages** | | |
| Total Pages: | 1 | | |
| Printing Amount: | | | $1.00 |
| **Total Due:** | | | **$251.00** |

Invoice Number: 201092-34
Invoice Date: 09/02/2010

*NAR*

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 08/09/2010 | LENDERPS | 3 | 1 | | |
| 08/11/2010 | LENDERPS | 110 | 3 | | |
| 08/12/2010 | LENDERPS | 203 | 1 | | |
| 08/13/2010 | LENDERPS | 207 | 2 | | |
| 08/14/2010 | LENDERPS | 307 | 1 | | |
| 08/20/2010 | LENDERPS | 381 | 1 | | |
| 08/24/2010 | LENDERPS | 166 | 2 | | |
| 08/25/2010 | LENDERPS | 264 | 9 | | |
| 08/26/2010 | LENDERPS | 48 | 2 | | |
| 08/27/2010 | LENDERPS | 119 | 8 | | |
| 08/30/2010 | LENDERPS | | | 1 | $1.00 |
| 08/30/2010 | LENDERPS | 70 | 3 | | |
| 08/31/2010 | LENDERPS | 262 | 7 | | |

09/02/2010 11:20 AM                            Page 1

LPS07838

**Laredo Billing Invoice**

From: DELAWARE COUNTY RECORDER
100 W MAIN STREET, ROOM 209
MUNCIE, IN 47305

Invoice Number: 2010101-34
Invoice Date: 10/01/2010
**Total Due:** $267.00

To: SUSAN NOTO
LPS REAL ESTATE DATA SOLUTIONS
3100 NEW YORK DR STE #100
PASADENA, CA 91107

PAID

User Name: LENDERPS

Date Added: 06/28/2010  Date Removed:
Billing Period: September 2010

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount | | |
|---|---|---|---|---|---|
| Total Minutes Used: | 5,821 | | | Invoice Number: | 2010101-34 |
| Max Minutes in Plan: | 10,000 | | $250.00 | Invoice Date: | 10/01/2010 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 | | |
| Usage Amount: | | | $250.00 | | |

| Printing | Pages | | | |
|---|---|---|---|---|
| Total Pages: | 17 | | | |
| Printing Amount: | | | $17.00 | |
| **Total Due:** | | | **$267.00** | NAR |

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 09/01/2010 | LENDERPS | | | 1 | $1.00 |
| 09/01/2010 | LENDERPS | 225 | 8 | | |
| 09/02/2010 | LENDERPS | 243 | 8 | | |
| 09/03/2010 | LENDERPS | 110 | 1 | | |
| 09/04/2010 | LENDERPS | 77 | 1 | | |
| 09/07/2010 | LENDERPS | | | 2 | $2.00 |
| 09/07/2010 | LENDERPS | 87 | 3 | | |
| 09/08/2010 | LENDERPS | 125 | 5 | | |
| 09/09/2010 | LENDERPS | 91 | 2 | | |
| 09/10/2010 | LENDERPS | 79 | 3 | | |
| 09/12/2010 | LENDERPS | 86 | 4 | | |
| 09/14/2010 | LENDERPS | 127 | 4 | | |
| 09/15/2010 | LENDERPS | | | 14 | $14.00 |
| 09/15/2010 | LENDERPS | 222 | 7 | | |
| 09/16/2010 | LENDERPS | 118 | 4 | | |
| 09/17/2010 | LENDERPS | 192 | 6 | | |
| 09/20/2010 | LENDERPS | 367 | 4 | | |
| 09/21/2010 | LENDERPS | 929 | 3 | | |
| 09/22/2010 | LENDERPS | 131 | 2 | | |
| 09/23/2010 | LENDERPS | 999 | 2 | | |

LPS07840

Laredo Billing Invoice

| From: | DELAWARE COUNTY RECORDER  
100 W MAIN STREET, ROOM 209  
MUNCIE, IN 47305 | Invoice Number: | 201321-20 |
|---|---|---|---|
| | | Invoice Date: | 02/01/2013 |
| | | Total Due: | $263.00 |



| To: | SUSAN NOTO  
LPS REAL ESTATE DATA SOLUTIONS  
3100 NEW YORK DRIVE SUITE100  
PASADENA, CA 91107 | User Name | LENDERPS |
|---|---|---|---|
| | | Date Added: 06/28/2010  Date Removed: | |
| | | Billing Period: January 2013 | |

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount | | |
|---|---|---|---|---|---|
| Total Minutes Used: | 64 | | | Invoice Number: | 201321-20 |
| Max Minutes in Plan: | 10,000 | | $250.00 | Invoice Date: | 02/01/2013 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 | | |
| Usage Amount: | | | $250.00 | | |
| **Printing** | Pages | | | | |
| Total Pages: | 13 | | | | |
| Printing Amount: | | | $13.00 | | |
| **Total Due:** | | | **$263.00** | | *NAR* |

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 01/09/2013 | LENDERPS | | | 13 | $13.00 |
| 01/09/2013 | LENDERPS | 64 | 7 | | |

LPS07926