Laredo Billing Invoice

| From: | EAU CLAIRE | | Invoice Number: | 201091-10 |
|---|---|---|---|---|
| | REGISTER OF DEEDS | | Invoice Date: | 09/01/2010 |
| | 721 OXFORD AVE | | Total Due: | $411.75 |
| | 715-839-4745 | | | |
| | EAU CLAIRE, WI 54703 | | | |

| To: | SUSAN NOTO | | User Name | LPSREDS |
|---|---|---|---|---|
| | LPS REAL ESTATE DATA SOLUTIONS INC | | | |
| | 3100 NEW YORK DR STE 100 | | | |
| | PASADENA, CA 91107 | | Date Added: 08/05/2010  Date Removed: | |
| | | | Billing Period: August 2010 | |

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount | | Invoice Number: | 201091-10 |
|---|---|---|---|---|---|---|
| Total Minutes Used: | 77 | | | | Invoice Date: | 09/01/2010 |
| Max Minutes in Plan: | 10,000 | | $400.00 | | | |
| Minutes Over Plan: | 0 | $0.00 | $0.00 | | | |
| Usage Amount: | | | $400.00 | | | |
| **Printing** | Pages | | | | | |
| Total Pages: | 47 | | | | | |
| Printing Amount | | | $11.75 | | | |
| **Total Due:** | | | $411.75 | | | |

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 08/10/2010 | LPSREDS | 18 | 2 | | |
| 08/19/2010 | LPSREDS | 10 | 1 | | |
| 08/06/2010 | LPSREDS | | | 26 | $6.50 |
| 08/09/2010 | LPSREDS | | | 17 | $4.25 |
| 08/19/2010 | LPSREDS | | | 3 | $0.75 |
| 08/10/2010 | LPSREDS | | | 1 | $0.25 |
| 08/06/2010 | LPSREDS | 28 | 1 | | |
| 08/09/2010 | LPSREDS | 21 | 3 | | |

WIEAUCLAIRE 0145

09/01/2010  9:14 AM

Page 1

Laredo Billing Invoice

| From: | EAU CLAIRE | | Invoice Number: | 2011103-10 |
|---|---|---|---|---|
| | REGISTER OF DEEDS | | Invoice Date: | 10/03/2011 |
| | 721 OXFORD AVE | | **Total Due:** | **$401.25** |
| | 715-839-4745 | | | |
| | EAU CLAIRE, WI 54703 | | | |

| To: | SUSAN NOTO | | User Name | LPSREDS |
|---|---|---|---|---|
| | LPS REAL ESTATE DATA SOLUTIONS INC | | | |
| | 3100 NEW YORK DR STE 100 | | | |
| | PASADENA, CA 91107 | | Date Added: 08/05/2010 Date Removed: | |
| | | | Billing Period: September 2011 | |

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount | | Invoice Number: | 2011103-10 |
|---|---|---|---|---|---|---|
| Total Minutes Used: | 3,761 | | | | Invoice Date: | 10/03/2011 |
| Max Minutes in Plan: | 10,000 | | $400.00 | | | |
| Minutes Over Plan: | 0 | $0.00 | $0.00 | | | |
| Usage Amount: | | | $400.00 | | | |
| **Printing** | Pages | | | | | |
| Total Pages: | 5 | | | | | |
| Printing Amount: | | | $1.25 | | | |
| **Total Due:** | | | **$401.25** | | | |

| Date | User | Minutes Used | # of Connections | Pages Printed | Printing Amount |
|---|---|---|---|---|---|
| 09/15/2011 | LPSREDS | 25 | 8 | | |
| 09/21/2011 | LPSREDS | 434 | 1 | | |
| 09/26/2011 | LPSREDS | 65 | 1 | | |
| 09/29/2011 | LPSREDS | 541 | 3 | | |
| 09/22/2011 | LPSREDS | 294 | 1 | | |
| 09/14/2011 | LPSREDS | 240 | 1 | | |
| 09/15/2011 | LPSREDS | | | 5 | $1.25 |
| 09/19/2011 | LPSREDS | 740 | 4 | | |
| 09/27/2011 | LPSREDS | 9 | 1 | | |
| 09/02/2011 | LPSREDS | 271 | 1 | | |
| 09/17/2011 | LPSREDS | 378 | 2 | | |
| 09/28/2011 | LPSREDS | 271 | 1 | | |
| 09/16/2011 | LPSREDS | 444 | 1 | | |
| 09/20/2011 | LPSREDS | 49 | 1 | | |

WIEAUCLAIRE 0159