**Laredo Billing Invoice**

| From: | ROCK COUNTY REGISTER OF DEEDS | | Invoice Number: | 2010101-11 |
|---|---|---|---|---|
| | REGISTER OF DEEDS | | Invoice Date: | 10/01/2010 |
| | 51 SOUTH MAIN STREET | | Total Due: | $497.45 |
| | JANESVILLE, WI 53545 | | | |

RECEIVED OCT 08 2010 By ____

| To: | SUSAN NOTO | User Name | LPS RE |
|---|---|---|---|
| | LPS REAL EST DATA SOLUTIONS INC | | |
| | 3100 NEW YORK DR STE #100 | | |
| | PASADENA, CA 91107 | Date Added: 08/03/2010 Date Removed: | |
| | | Billing Period: September 2010 | |

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount | | Invoice Number: | 2010101-11 |
|---|---|---|---|---|---|---|
| Total Minutes Used: | 1,219 | | | | Invoice Date: | 10/01/2010 |
| Max Minutes in Plan: | 10,000 | | $495.00 | | | |
| Minutes Over Plan: | 0 | $0.00 | $0.00 | | | |
| Usage Amount: | | | $495.00 | | | |
| Printing | Pages | | | | | |
| Total Pages: | 7 | | | | | |
| Printing Amount | | | $2.45 | | | |
| **Total Due:** | | | **$497.45** | | | |

| Date | User | Minutes Used | # of Connections |
|---|---|---|---|
| 09/07/2010 | LPS RE | 2 | 1 |
| 09/08/2010 | LPS RE | 23 | 6 |
| 09/13/2010 | LPS RE | 6 | 4 |
| 09/14/2010 | LPS RE | 8 | 2 |
| 09/16/2010 | LPS RE | | |
| 09/16/2010 | LPS RE | 15 | 1 |
| 09/23/2010 | LPS RE | 213 | 7 |
| 09/24/2010 | LPS RE | 137 | 2 |
| 09/26/2010 | LPS RE | 239 | 10 |
| 09/27/2010 | LPS RE | 346 | 5 |
| 09/28/2010 | LPS RE | 230 | 2 |

10/01/2010 09:59AM
LPS REAL ESTATE DATA SOLUTIONS INC
$492.55
Balance left in escrow account
TRANSACTION # 75185
DOCUMENT # 10MISC-01882

SALE OF PRODUCTS

MONTHLY LAREDO ACCES: $497.45
TOTAL: $497.45

ESCROW: $497.45

THANK YOU
RANDAL LEYES
REGISTER OF DEEDS
ROCK COUNTY, WI

10/01/2010 8:51 AM

LPS 003914

## Lasance, Linda C

| | |
|---|---|
| From: | Lasance, Linda C |
| Sent: | Monday, November 08, 2010 2:38 PM |
| To: | Noto, Susan |
| Cc: | Bauer, Deborah; Tiedje, Gina |
| Subject: | ROCK WI: OCTOBER 2010 INVOICE |

Hi Sue-

I am in receipt of Rock WI Invoice No. 2010111-10 dated 11/1/10 in the amount of $774.30. Cost breakdown is as follows:

Monthly access fee for October 2010 = $495.00
Image Maintenance Fee of $0.35 per printed page = $279.30 (798 pages)

Last month there were only 7 printed pages. I wanted to make you aware of the increase in monthly costs for this county.

Linda

Linda LaSance
LPS Real Estate Data Solutions, Inc.
3100 New York Drive, Suite #100 MS-IDM
Pasadena, CA 91107
Toll Free: (877) 436-3282, Ext. 3737
Direct #: (626) 345-3737
Fax #: (626) 808-9099
linda.lasance@lpsvcs.com
www.LPSVCS.com

1

Laredo Billing Invoice

From: ROCK COUNTY REGISTER OF DEEDS
REGISTER OF DEEDS
51 SOUTH MAIN STREET

JANESVILLE, WI 53545


RECEIVED NOV 08 2010 By_____

Invoice Number: 2010111-10
Invoice Date: 11/01/2010
Total Due: $774.30

To: SUSAN NOTO
LPS REAL EST DATA SOLUTIONS INC
3100 NEW YORK DR STE #100
PASADENA, CA 91107

User Name   LPS RE

Date Added: 08/03/2010  Date Removed:
Billing Period: October 2010

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 1,918 | | |
| Max Minutes in Plan: | 10,000 | | $495.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $495.00 |
| Printing | Pages | | |
| Total Pages: | 798 | | |
| Printing Amount | | | $279.30 |
| **Total Due:** | | | **$774.30** |

Invoice Number: 2010111-10
Invoice Date: 11/01/2010

| Date | User | Minutes Used | # of Connection |
|---|---|---|---|
| 10/02/2010 | LPS RE | 345 | 1 |
| 10/18/2010 | LPS RE | 30 | 1 |
| 10/01/2010 | LPS RE | 318 | 2 |
| 10/20/2010 | LPS RE | 183 | 3 |
| 10/21/2010 | LPS RE | 408 | 9 |
| 10/26/2010 | LPS RE | 129 | 5 |
| 10/27/2010 | LPS RE | | |
| 10/27/2010 | LPS RE | 169 | 4 |
| 10/06/2010 | LPS RE | 8 | 2 |
| 10/26/2010 | LPS RE | | |
| 10/05/2010 | LPS RE | 4 | 2 |
| 10/17/2010 | LPS RE | 144 | 3 |
| 10/22/2010 | LPS RE | 180 | 2 |

11/01/2010   03:34PM
LPS REAL ESTATE DATA SOLUTIONS INC
$2,718.25
Left in Escrow Account
TRANSACTION # 76934
DOCUMENT # 10MISC-02056

SALE OF PRODUCTS

MONTHLY LAREDO ACCES: $774.30
TOTAL: $774.30

ESCROW: $774.30

THANK YOU
RANDAL LEYES
REGISTER OF DEEDS
ROCK COUNTY, WI

11/01/2010  2:47 PM

LPS 003919

Laredo Billing Invoice

From: ROCK COUNTY REGISTER OF DEEDS
REGISTER OF DEEDS
51 SOUTH MAIN STREET
JANESVILLE, WI 53545

RECEIVED DEC 06 2010 By_____

Invoice Number: 2010121-11
Invoice Date: 12/01/2010
Total Due: $496.05

To: SUSAN NOTO
LPS REAL EST DATA SOLUTIONS INC
3100 NEW YORK DR STE #100
PASADENA, CA 91107

User Name: LPS RE

Date Added: 08/03/2010  Date Removed:
Billing Period: November 2010

Please Return Upper Portion With Payment

| Usage | Minutes | Rate | Amount |
|---|---|---|---|
| Total Minutes Used: | 6,037 | | |
| Max Minutes in Plan: | 10,000 | | $495.00 |
| Minutes Over Plan: | 0 | $0.00 | $0.00 |
| Usage Amount: | | | $495.00 |

| Printing | Pages | | |
|---|---|---|---|
| Total Pages: | 3 | | |
| Printing Amount | | | $1.05 |

**Total Due:** $496.05

Invoice Number: 2010121-11
Invoice Date: 12/01/2010

| Date | User | Minutes Used | # of Connectic |
|---|---|---|---|
| 11/02/2010 | LPS RE | 118 | 2 |
| 11/03/2010 | LPS RE | 177 | 5 |
| 11/04/2010 | LPS RE | 388 | 2 |
| 11/08/2010 | LPS RE | 129 | 2 |
| 11/16/2010 | LPS RE | 97 | 6 |
| 11/18/2010 | LPS RE | 402 | 6 |
| 11/19/2010 | LPS RE | 160 | 4 |
| 11/24/2010 | LPS RE | 360 | 7 |
| 11/25/2010 | LPS RE | 193 | 2 |
| 11/07/2010 | LPS RE | 412 | 1 |
| 11/17/2010 | LPS RE | 389 | 7 |
| 11/12/2010 | LPS RE | 325 | 3 |
| 11/23/2010 | LPS RE | 3 | 1 |
| 11/05/2010 | LPS RE | 376 | 1 |
| 11/06/2010 | LPS RE | 46 | 1 |
| 11/09/2010 | LPS RE | 426 | 1 |
| 11/10/2010 | LPS RE | 926 | 5 |
| 11/11/2010 | LPS RE | | |
| 11/11/2010 | LPS RE | 544 | 2 |
| 11/26/2010 | LPS RE | 566 | 2 |

12/01/2010 9:39 AM

12/01/2010   11:39AM
LPS REAL ESTATE DATA SOLUTIONS INC
$2,222.20
Bal left in escrow acct
TRANSACTION # 78574
DOCUMENT # 10MISC-02237

SALE OF PRODUCTS

MONTHLY LAREDO ACCES: $496.05
TOTAL: $496.05

ESCROW: $496.05

THANK YOU
RANDAL LEYES
REGISTER OF DEEDS
ROCK COUNTY, WI

LPS 003920