

**GEORGIA VOLM**
COUNTY CLERK/RECORDER

The COUNTY OF ADAMS
507 Vermont, Quincy, Illinois 62301
(217) 277-2150   Fax: (217) 277-2155
Countyclerk@co.adams.il.us

PAID

# INVOICE
## Laredo Interface
## As of March 21, 2013

March 21, 2013

LPS Real Estate Data Solutions, Inc.
ATTN: John McCabe
3100 New York Dr., Ste 100
Pasadena, CA 91107-1554

---

Laredo Interface Usage            No. of Pages: 1,304
  (January 1, 2013 thru February 21, 2013)
  Cost per document (.15/page)                          $195.60

Fee for Unauthorized Interface                            50.00

                                          TOTAL DUE    $245.60

Payment is due immediately upon receipt.

Thank you.

APEX GEO

LPS06640



**The COUNTY OF ADAMS**
507 Vermont, Quincy, Illinois 62301
(217) 277-2150   Fax: (217) 277-2155
Countyclerk@co.adams.il.us

**GEORGIA VOLM**
COUNTY CLERK/RECORDER

# INVOICE
## Laredo Interface
## As of March 21, 2013

March 21, 2013

LPS Real Estate Data Solutions, Inc.
ATTN: John McCabe
3100 New York Dr., Ste 100
Pasadena, CA 91107-1554

---

| | | |
|---|---|---|
| Laredo Interface Usage (January 1, 2013 thru February 21, 2013) Cost per document (.15/page) | No. of Pages: 1,304 | $195.60 |
| Fee for Unauthorized Interface | | 50.00 |
| | TOTAL DUE | $245.60 |

Payment is due immediately upon receipt.

Thank you.

*1/1/2013 – 2/21/2013*
*1920 documents*
*10,311 pages*
*per John McCabe*

LPS06641




LPS Real Estate Data Solutions, Inc.
3100 New York Drive, Suite #100, MS-IDM
Pasadena, CA 91107

April 17, 2013

Adams County Recorders Office
Attn: Georgia Volm
507 Vermont
Quincy, IL 62301

Dear Ms. Volm,

LPS Real Estate Data Solutions, Inc.'s review of the payment history for its statutory, unlimited, access to public records for Adams county has revealed that LPS Real Estate Data Solutions, in addition to being charged the agreed upon fees for unlimited access to the county's public records, was also inappropriately charged printing fees and an unauthorized interface fee related to its public records access. Our review also indicates that LPS Real Estate Data Solutions inadvertently paid an invoice for the printing fees and interface charge, even though that invoice was not due and payable because LPS Real Estate Data Solutions, Inc. did not print any such public records but, instead, used its unlimited public records access to view the county's public records.

LPS Real Estate Data Solutions does not print the county's public records and should not, in the future, be invoiced or charged for any printing fees associated with its public records access. Please consider this correspondence as LPS Real Estate Data Solutions' request that the county refund $245.60 to LPS Real Estate Data Solutions for amounts inadvertently paid as a result of the county's invoice for printing fees/interface charges which should not have been billed to LPS Real Estate Data Solutions.

Sincerely,


Linda LaSance
LPS Real Estate Data Solutions, Inc.
linda.lasance@lpsvcs.com

Tel: (877) 436-3282 · Fax: (626) 808-9099

LPS07738



April 25, 2013

Adams County Recorders Office
Attn: Georgia Volm
507 Vermont
Quincy, IL 62301

Dear Ms. Volm,

LPS Real Estate Data Solutions, Inc.'s review of the payment history for its statutory, unlimited, access to public records for Adams county has revealed that LPS Real Estate Data Solutions, in addition to being charged the agreed upon fees for unlimited access to the county's public records, was also inappropriately charged printing fees and an unauthorized interface fee related to its public records access. Our review also indicates that LPS Real Estate Data Solutions inadvertently paid an invoice for the printing fees and interface charge, even though that invoice was not due and payable because LPS Real Estate Data Solutions, Inc. did not print any such public records but, instead, used its unlimited public records access to view the county's public records.

LPS Real Estate Data Solutions does not print the county's public records and should not, in the future, be invoiced or charged for any printing fees associated with its public records access. Please consider this correspondence as LPS Real Estate Data Solutions' request that the county refund $245.60 to LPS Real Estate Data Solutions for amounts inadvertently paid as a result of the county's invoice for printing fees/interface charges which should not have been billed to LPS Real Estate Data Solutions.

Sincerely,

Linda LaSance
LPS Real Estate Data Solutions, Inc.
linda.lasance@lpsvcs.com

Tel: (877) 436-3282 · Fax: (626) 808-9099

LPS 004076