# OFFICE OF MONTGOMERY COUNTY CLERK AND RECORDER

Historic Courthouse, #1 Courthouse Square, P. O. Box 595, Hillsboro, IL 62049
(217) 532-9530   FAX (217) 532-9581
Sandy Leitheiser, County Clerk and Recorder



MAR 25 2013

INVOICE
LAREDO INTERFACE
As of March 22nd, 2013

LPS Real Estate Data Solutions, Inc.
ATTN: John McCabe
3100 New York Dr., Ste 100
Pasadena, CA 91107-1554

| | |
|---|---|
| Laredo Interface Usage (3/2012 to 3/8/2013) | Documented Total Number of Pages Printed per Fidlar (see attached): 29,044 |
| Cost per document (.25/page) | $7,261.00 |

Payment is due immediately upon receipt.

Thank you.

LPS05250




LPS Real Estate Data Solutions, Inc.
3100 New York Drive, Suite #100. MS-IDM
Pasadena, CA 91107

April 17, 2013

Montgomery County Clerk and Recorder
Attn: Sandy Leitheiser
Historic Courthouse
#1 Courthouse Square
Hillsboro, IL 62049

Dear Ms. Leitheiser,

LPS Real Estate Data Solutions, Inc.'s review of the payment history for its statutory, unlimited, access to public records for Montgomery county has revealed that LPS Real Estate Data Solutions, in addition to being charged the agreed upon fees for unlimited access to the county's public records, was also inappropriately charged printing fees related to its public records access. Our review also indicates that LPS Real Estate Data Solutions inadvertently paid an invoice for the printing fees, even though that invoice was not due and payable because LPS Real Estate Data Solutions, Inc. did not print any such public records but, instead, used its unlimited public records access to view the county's public records.

LPS Real Estate Data Solutions does not print the county's public records and should not, in the future, be invoiced or charged for any printing fees associated with its public records access. Please consider this correspondence as LPS Real Estate Data Solutions' request that the county refund $7,261.00 to LPS Real Estate Data Solutions for amounts inadvertently paid as a result of the County's invoices for printing fees which should not have been billed to LPS Real Estate Data Solutions.

Sincerely,

Linda LaSance
LPS Real Estate Data Solutions, Inc.
Linda.LaSance@lpsvcs.com

Tel: (877) 436-3282. Fax: (626) 808-9099

LPS05249



LPS Real Estate Data Solutions, Inc.
3100 New York Drive, Suite #100, MS-IDM
Pasadena, CA 91107

April 25, 2013

Montgomery County Clerk and Recorder
Attn: Sandy Leitheiser
Historic Courthouse
#1 Courthouse Square
Hillsboro, IL 62049

Dear Ms. Leitheiser,

LPS Real Estate Data Solutions, Inc.'s review of the payment history for its statutory, unlimited, access to public records for Montgomery county has revealed that LPS Real Estate Data Solutions, in addition to being charged the agreed upon fees for unlimited access to the county's public records, was also inappropriately charged printing fees related to its public records access. Our review also indicates that LPS Real Estate Data Solutions inadvertently paid an invoice for the printing fees, even though that invoice was not due and payable because LPS Real Estate Data Solutions, Inc. did not print any such public records but, instead, used its unlimited public records access to view the county's public records.

LPS Real Estate Data Solutions does not print the county's public records and should not, in the future, be invoiced or charged for any printing fees associated with its public records access. Please consider this correspondence as LPS Real Estate Data Solutions' request that the county refund $7,261.00 to LPS Real Estate Data Solutions for amounts inadvertently paid as a result of the County's invoices for printing fees which should not have been billed to LPS Real Estate Data Solutions.

Sincerely,

Linda LaSance
LPS Real Estate Data Solutions, Inc.
linda.lasance@lpsvcs.com

Tel: (877) 436-3282 · Fax: (626) 808-9099

LPS 004077